UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

DAVID DISLER  CASE NO:  1:17-cv-23874-FAM

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISE LTD.

    Defendant.
_____/

**DEFENDANT ROYAL CARIBBEAN CRUISE LTD.'S NOTICE OF FILING
PASSENGER TICKET CONTRACT IN SUPPORT OF MOTION
<u>FOR SUMMARY JUDGMENT</u>**

Defendant, ROYAL CARIBBEAN CRUISE LTD., ("RCCL"), by and through its undersigned counsel, hereby gives notice of filing the Passenger Ticket Contract, in support of RCCL'S Motion for Summary Judgment filed contemporaneously with this Notice.

Respectfully submitted,

/ Michael J. Drahos
GOLDBERG SEGALLA, LLP
Michael J. Drahos, Esquire
Florida Bar No. 0617059
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Telephone:  (561) 618-4450
Fax: (561) 618-4549
Email designations:
mdrahos@goldbergsegalla.com
lparker@goldbergsegalla.com

20638744.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2018, the foregoing document was electronically filed with the Clerk of the /court using CM/ECF to the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Michael J. Drahos*
Michael J. Drahos

## SERVICE LIST

CASE NO.: 1:17-cv-23874-FAM

Herman J. Russomanno, Esq.
Robert J. Borrello, Esq.
Herman J. Russomanno III, Esq.
Russomanno & Borrello, P.A.
Museum Tower – Penthouse 2800
150 West Flagler
Miami, FL 33130
(305) 373-2101
(305) 373-2103 FAX
hrussomanno@russomanno.com
rborrello@russomanno.com
herman2@russomanno.com

Jeffrey P. Goodman, Esq.*(pro hac vice)*
Saltz Mongeluzzi Barrett & Bendesky, PC
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
(215)575-2970
(215)496-0999
jgoodman@smbb.com
SDordick@SMBB.com
JGlackman@SMBB.com