**DAVID DISLER**
**KURT WEBER**



### 9 NIGHT BERMUDA AND CARIBBEAN CRUISE
### ANTHEM OF THE SEAS  20 OCT 2016

# GUEST TICKET BOOKLET

**IMPORTANT NOTICE TO GUESTS:**

Your Cruise/Cruisetour Ticket Contract is contained in this booklet. The Contract contains important limitations on the rights of passengers. It is important that you carefully read all the terms of this Contract, paying particular attention to section 3 and sections 9 through 11, which limit our liability and your right to sue, and retain it for future reference. This Agreement requires the use of arbitration for certain disputes and waives any right to trial by jury to resolve those disputes.



www.RoyalCaribbean.com

# Cruise Summary

| THIS BOOKLET HAS BEEN PREPARED FOR | CROWN & ANCHOR MEMBERSHIP | PREPAID GRATUITIES | CRUISECARE |
|---|---|---|---|
| DAVID DISLER | _ _ _ _ _ _ _ _ _ _ | No | Yes |
| KURT WEBER | _ _ _ _ _ _ _ _ _ _ | No | Yes |

## 9 NIGHT BERMUDA AND CARIBBEAN CRUISE

| CRUISE SUMMARY | |
|---|---|
| RESERVATION ID: | 1193177 |
| GROUP ID: | Not Applicable |
| SHIP NAME: | ANTHEM OF THE SEAS |
| BOARDING DATE: | 20 OCT 2016 |
| STATEROOM #: | 704 |
| DECK #: | 9 |
| CATEGORY: | D3 |
| DINING: | DYNAMIC |

| EMBARKATION | |
|---|---|
| BOARDING DATE: | 20 OCT 2016 |
| SAILING FROM: | CAPE LIBERTY, NEW JERSEY |
| SAILING TIME: | 4:00 PM |
| TERMINAL INFO: | Cape Liberty Cruise Port |
| CHECK-IN APPOINTMENT: | Request a check-in appointment at www.RoyalCaribbean.com/onlinecheckin |

| DISEMBARKATION | |
|---|---|
| DISEMBARK DATE: | 29 OCT 2016 |
| DISEMBARK PORT: | CAPE LIBERTY, NEW JERSEY |

**Cruise Itinerary**

The cruise itinerary may change as conditions warrant.

**Prior To Boarding**: For questions regarding itinerary changes due to weather or other current events, guests may call our Customer Relations Department at +1.800.327.6700 or visit the 'Before You Board' section of our website www.RoyalCaribbean.com

**Once Onboard**: Refer to the ship's daily program for the latest updates.

**Ship Check-In**

Royal Caribbean International will deny boarding to those guests without the proper travel documents / visas or those who have not completed pier check-in formalities 90 minutes prior to the ship's scheduled sailing time.

No refunds will be given to individuals who fail to bring the proper travel documents or show up late.

**Online Check-In**

Please complete online check-in at www.RoyalCaribbean.com/onlinecheckin no later than 3 days prior to the sailing date.

Remember to print your SetSail Pass and bring it with you in order to board the ship.

Additional check-in forms will need to be completed at the pier if online check-in is not completed.

**Make Your Advanced Reservations Using Our Cruise Planner**

Place advanced reservations for shore excursions, spa treatments, specialty dining, beverage packages and more using our online Pre-Cruise Planner. Visit www.RoyalCaribbean.com/CruisePlanner for more details.

**Important Notice**

For your comfort and convenience, please securely attach your ship luggage tags to your checked luggage prior to arriving at the pier.

# Travel Summary

**Cruise Itinerary**

| DAY | DATE | PORTS-OF-CALL | DOCK OR TENDER | ARRIVE | DEPART |
|-----|------|---------------|----------------|--------|--------|
| THU | 20 OCT | CAPE LIBERTY, NEW JERSEY | D | | 4:00 PM |
| FRI | 21 OCT | CRUISING | C | | |
| SAT | 22 OCT | KINGS WHARF, BERMUDA | D | 8:00 AM | 4:00 PM |
| SUN | 23 OCT | CRUISING | C | | |
| MON | 24 OCT | PHILIPSBURG, ST. MAARTEN | D | 12:15 PM | 8:00 PM |
| TUE | 25 OCT | SAN JUAN, PUERTO RICO | D | 7:00 AM | 2:30 PM |
| WED | 26 OCT | LABADEE, HAITI | D | 9:00 AM | 5:00 PM |
| THU | 27 OCT | CRUISING | C | | |
| FRI | 28 OCT | CRUISING | C | | |
| SAT | 29 OCT | CAPE LIBERTY, NEW JERSEY | D | 7:00 AM | |

**For Any Day Of Travel Concerns You May Have, Please Contact:**

| LOCATION | CONTACT TYPE | TELEPHONE | CONTACT |
|----------|--------------|-----------|---------|
| CAPE LIBERTY, NEW JERSEY | Meet and Greet | +1.732.619.9130 | Intercruises Shoreside and Port Services |
| UNITED STATES | Travel Agent | 9997654323 | VACATION PLANNER USA |
| UNITED STATES | Trip Interruption | +1.800.256.6649 | Royal Caribbean International |
| UNITED STATES | Trip Interruption | +1.305.539.4107 | Royal Caribbean International |

September 11, 2016 7:55 AM

# Preparing For Your Journey

*Please note, that this is an abbreviated Guest Ticket Booklet.*

For additional details concerning your cruise vacation, click the FLASH document button contained on the same page that provided you with this document or contact your travel agent for assistance.

Highlighting some of the additional information contained in the FLASH document:

• Getting Ready
• Guest Services Onboard
• Frequently Asked Questions

## Take The Opportunity Now

[  ] To review all the information contained in this document. If you have any questions, contact your travel agent.

September 11, 2016 7:55 AM

# Travel Documents

**Passports**

A valid passport book is required for international travel and for entering the United States by air. A valid passport book or other WHTI compliant document is required for domestic cruise travel in some circumstances (**see below**). We strongly recommend that all guests travel with a valid passport book, even when not required. For additional passport information visit: www.travel.state.gov/ If you need to obtain a passport, VisaCentral can process a passport request quickly for U.S. Citizens - often in as little as one day. See contact information below.

**Caution**: The requirements described below are government regulations and policies. They are subject to change without notice. It is the sole responsibility of the guest to identify and obtain all required travel documents and have them available when necessary. These appropriate valid travel documents, such as passport, visas, inoculation certificate and family legal documents, are required for boarding and reentry into the United States and other countries. For your protection your passport book expiration date should not occur within six (6) months following the voyage termination date.

**Please note**:
- The name on your cruise line or air line reservation (if applicable) must match the name on your valid passport book or other identification documents (**see below**).
- Guests who do not possess the proper documentation may be prevented from boarding their flight or ship or from entering a country and may be subject to fines. No refunds will be given to individuals who fail to bring the proper documentation.

**International Cruise Travel**

A valid passport book is required; visas are required where they apply. This includes Europe, Asia, Australia/New Zealand, and Central and South America. Please contact the Embassy (Consular Services) of each country on your sailing itinerary or the visa service of your choice for specific visa requirements, information, forms and fees for your nationality. Or, if you prefer, contact VisaCentral for this information.

**Domestic Travel**

The Western Hemisphere Travel Initiative (WHTI) requires that all travelers entering and departing the United States, Canada, Mexico, the Caribbean and Bermuda must present a valid passport book or other Department of Homeland Security-approved travel document that establishes the bearer's identity and citizenship. Open-loop cruises (voyages that begin in one U.S. port and end in another U.S. port) will require a valid passport book or another WHTI-compliant document for entry or reentry into the United States. Closed-loop cruises (voyages that begin and end in the same U.S. port) allow U.S. citizens to travel with additional travel documents such as a birth certificate plus a government issued picture ID card (i.e., a drivers license). The name on your travel documents needs to match the name on the cruise line reservation or be linked by other legal documents such as a marriage certificate. A birth certificate, issued by a government agency (state, county, city, etc.), is an accepted travel document. A birth notice, issued by a hospital or other or other type of medical facility, is not an acceptable travel document. The name on your travel documents must match the name on your cruise reservation or be linked by a legal document such as a marriage license. For more information regarding domestic travel document requirements, visit: www.getyouhome.gov/.

**Alien Registration Card (Green Card)**

U.S. lawful permanent residents sailing on a domestic voyage must present their original Alien Registration Card (ARC) issued by the Department of Homeland Security or other valid evidence of permanent residence status in the United States. Only ARCs containing an expiration date (form I-551) are acceptable for travel. However, if you are holding an old edition ARC WITHOUT an expiration date, you will not be detained from entering the United States but U.S. Customs and Border Protection highly suggests that you apply for a new card before you sail. For additional information visit: www.usimmigrationsupport.org/greencard-renewal.html

**Visa Waiver / ESTA Programs**

Citizens from Visa Waiver Program (VWP) countries will be required to complete an online application similar to the I-94W form and obtain an Electronic System for Travel Authorization (ESTA) approval prior to boarding a carrier by air or sea to the United States. ESTA is a pre-travel authorization program for U.S. bound travelers from Visa Waiver countries. Guests who apply electronically will be required to present their ESTA authorization approval receipt in order to board the vessel on applicable voyages. For additional information, visit: **https://esta.cbp.dhs.gov**

**Inoculation/Health**

As detailed in our brochure, all guests must ensure they are medically fit for travel. As such, we remind you to check with your physician at least 4 to 6 weeks before sailing to make sure you are up to date with any required immunizations or vaccines you may need (including but not limited to certification of yellow fever vaccination) to ensure you will be permitted to visit each of the exciting destinations and tours on your itinerary. For further information you may contact the Centers for Disease Control & Prevention's Traveler's Health website at www.cdc.gov/travel/ or toll-free at 1-800-232-4636.

**Travel Documents Continued**

**Family Legal Documents**

Should the last names of the parent sailing with their minor child differ, the parent is required to present the child's valid passport book and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy). The name of the parent(s) and the child must be linked through legal documentation.

Adults who are not the parent or legal guardian of any minor child traveling with them are required to present the child's valid passport and visa (if required) or the child's birth certificate (original, a notarized copy or a certified copy) and an original notarized letter signed by at least one of the child's parents, along with a copy of same to be collected at the time of check-in formalities. The notarized letter from the child's parent must authorize the traveling adult to take the child on the specific cruise and must authorize the traveling adult to supervise the child and permit any medical treatment that must be administered to the child. If a non-parent adult is a legal guardian, the adult must present a certified Certificate of Guardianship with respect to the child.

**VisaCentral Contact Information**

| Country of Residence | Web Address | Toll Free Telephone Number | Email Address | Royal Reference |
|---|---|---|---|---|
| Canada | www.visacentral.ca/royalcaribbean | (888) 665-9956 | rci@visacentral.com | 10026 |
| United States | www.visacentral.com/royalcaribbean | (800) 858-8579 | rci@visacentral.com | 44988 |

September 11, 2016 7:55 AM



# NOW YOU CAN GET OUR BEST OFFER WHEN YOU BOOK ONBOARD

UP TO **$500** INSTANT ONBOARD CREDIT* + REDUCED DEPOSIT* AS LOW AS **$50** PER STATEROOM

## GET UP TO $500 INSTANT ONBOARD CREDIT TO SPEND ON YOUR UPCOMING CRUISE!

| ONBOARD CREDIT PER STATEROOM | | | |
|---|---|---|---|
| **LENGTH OF CRUISE** | **INTERIOR/OCEANVIEW** | **BALCONY/JUNIOR SUITE** | **GRAND SUITE AND ABOVE** |
| 5-7 Nights | $50 | $100 | $200 |
| 8-10 Nights | $100 | $150 | $300 |
| 11-14 Nights | $150 | $200 | $400 |
| 15 Nights or longer | $200 | $250 | $500 |

+

## GET OUR LIMITED TIME NORTH AMERICA OFFER TO ENJOY ON YOUR NEXT CRUISE.

+

## AND ENJOY THESE NEXT CRUISE BENEFITS:

- Flexibility — Change your reservation to suit your needs prior to final payment
- Combinable with Crown & Anchor℠ exclusive savings
- Choose from a broad selection of staterooms and suites
- Reservation goes back to your Travel Professional to further service your needs
- Book up to three staterooms for friends or family on any cruise with the same benefits

*READY TO MAKE YOUR BOOKING? VISIT YOUR CRUISE SALES TEAM ONBOARD.*

| | |
|---|---|
| Travel Agent or Certified Planner | |
| VACATION PLANNER USA | |
| Telephone Number: 9997654323 | |

| | |
|---|---|
| Guest Name(s): | Crown & Anchor: |
| DAVID DISLER | _ _ _ _ _ _ _ _ _ |
| KURT WEBER | _ _ _ _ _ _ _ _ _ |
| Booking ID: | 1193177 |
| Stateroom: | 704 |




NextCruise Confirmed Booking: Select your ship and sail date at the time of booking. A $50 to $500 non-refundable deposit per stateroom is required to partake in the Next Cruise program when booking 5+ night voyages. The deposit schedule is the same as the Onboard Credit Schedule and is determined by category of stateroom and length of voyage. Reservations may be cancelled but deposit would be forfeited as it is non-refundable. Reservations may be changed to another ship or sail date up to 90 days prior to Holiday sailings and 75 days for all other sailings. Changes to reservations are applicable primarily to US, Canadian, United Kingdom, Ireland, European & Australian guests. Not all countries follow this cancellation/change policy. Onboard credit has no cash value, is not redeemable for cash and will expire if not used by 10:00PM on the final night of the cruise. Next Cruise offers are not combinable with the following rates: Interline, Travel Agent, Travel Agent Friends and Family, weekly Sales Events, Net Rates or Shareholder Benefits. They are combinable with Crown & Anchor Balcony and Suite discounts and Exclusive Rates. We value our relationships with our Travel Partners and unless we are advised ahead of time, your Decide Now confirmed booking will be attributed to the Travel Partner associated with your current cruise booking. However if you wish to have your booking reflect an alternative arrangement, please advise at the time of booking and a form will be provided for you to sign as authorization. Amount of Instant Onboard Credit ranges from $50 - $500 per stateroom and is determined based on category of stateroom and length of voyage (minimum 5 night sailing). Maximum one Instant Onboard Credit per stateroom is to be applied to the current cruise. Once deposit/Instant Onboard Credit is locked in, that will fulfill the Deposit / Instant Onboard Credit for the current cruise. Once the deposit / Instant Onboard Credit is applied, the only remaining benefit is the limited time combinable North American offer at the time of booking (excluding China product). You may change your ship or sail date, but your onboard credit is subject to repayment out of your onboard deposit if you book a lower category or shorter sailing. Program applicable to one individual Royal Caribbean bookings made after March 6, 2015. Bookings may be transferred into non-combinable groups and full deposit may be required. Individual enrollment may be converted and applied to a group booking. International deposits and requirements may vary. Please see your Cruise Sales Team for details and provide justification. For those guests that choose to have their Onboard Credit on their future voyage, if the original ship and sail date selected while onboard is changed in the future, we reserve the right to adjust the onboard credit amount to the Open Booking model between $25 - $100 per stateroom based on length of cruise. After the Offer Period for any North American Offer that is combinable with your Next Cruise Booking has expired, the Offer will be removed from the booking if the guest cancels and reinstates the booking, applies a fare change, changes the ship or sail date of the booking; certain other changes to the booking may also result in removal of the Offer. At least one name must remain the same on the booking. Offer is subject to change without notice, capacity controlled, and may be withdrawn at any time. Royal Caribbean International reserves the right to correct any errors, inaccuracies or omissions and to change or update fares, fees and surcharges at any time without prior notice. ©2015 Royal Caribbean Cruises Ltd. Ships' registry: The Bahamas. 15043460 • 04/03/2015

# Port Directions

## Port
Cape Liberty Cruise Port (Bayonne, N.J.)

## Pier Terminal
Cape Liberty Cruise Port

## Airports
Newark Liberty International Airport
Travel time to pier terminal, approximately 20 minutes

La Guardia International Airport
Travel time to pier terminal, approximately 75 minutes

John F. Kennedy International Airport
Travel time to pier terminal approximately 90 minutes

## Driving
From Newark International Airport
Exit the airport, following signs to the NJ Turnpike. Take
the NJ Turnpike to exit 14A. Pay toll at exit and continue
straight (after traffic light onto bridge) onto Route 440.
Follow signs for Route 440 South. Continue on Route 440
South to Port Terminal Blvd. Turn left at Port Terminal
Blvd. (traffic light at the intersection across from the Light
Rail Station). This is the entrance for the 'Peninsula at
Bayonne Harbor' (formerly the old 'Military Ocean Terminal
Bayonne"). Continue past the guard gate and follow the
signs to the cruise terminal.

From NJ Turnpike North or South
Take the NJ Turnpike to exit 14A. Pay toll at exit and
continue straight (after traffic light onto bridge) onto Route
440. Follow signs for Route 440 South. Continue on Route
440 South to Port Terminal Blvd. Turn left at Port Terminal
Blvd. (traffic light at the intersection across from the Light
Rail Station). This is the entrance for the 'Peninsula at
Bayonne Harbor' (formerly the old 'Military Ocean Terminal
Bayonne') Continue past the guard gate and follow the
signs to the cruise terminal.

From Staten Island or Bayonne Bridge
Take Route 440 North to the Bayonne Bridge. Continue
on Route 440 North to Port Terminal Blvd. Turn right at
Port Terminal Blvd. (traffic light at the intersection across
from the Light Rail Station). This is the entrance for the
'Peninsula at Bayonne Harbor' (formerly the old 'Military
Ocean Terminal Bayonne') Continue past the guard gate
and follow the signs to the cruise terminal.

## Pier Long Term Parking
A guest parking facility is located adjacent to the cruise
terminal. The cost for parking is $19 per night (price subject
to change). The parking facility will accept cash, major
credit cards, and travelers' checks only. Personal checks will
not be accepted. The parking facility is uncovered with 24
hour security onsite.

## Security at the Pier
Please expect delays related to security and immigration
procedures when arriving at the pier to board the ship.

These procedures have been designed for your safety and
all attempts will be made to expedite you through the
process as quickly as possible.

September 11, 2016 7:55 AM

# Cruise Planner

## Introducing the new Cruise Planner – an easier way to plan ahead so you can hit the deck running on day one

Reserve everything from seats to our shows to tables at our specialty dining venues to spa services and shore excursions. Start planning now and get the most out of your upcoming cruise vacation. Reserve in advance with Cruise Planner at least 180 to 4 days before your sail date. After logging in, your exact cut-off date for advanced reservations will show. If you are within the cut-off time, please make your reservations onboard.

**My Calendar:**
For a snap shot view of your vacation, easily view all of your booked activities and events to better plan your cruise. Visit www.RoyalCaribbean.com/CruisePlanner

**Shore Excursions:**
The world is yours to explore. Make the most of it by reserving shore excursions at every port in your itinerary. There's an excursion for everyone, from adventure seekers to foodies, history buffs to animal lovers. This is your chance to get to the heart of the most exciting destinations of the world. Do it with a one-of-a-kind adventure you'll never forget.

**Spa Services:**
At the Vitality™ Spa, relaxation and rejuvenation rule. Indulge with a variety of treatments that will leave you feeling like new. Pamper yourself with invigorating massage therapies, body wraps and facials. Give yourself the gift of youth with medi-spa treatments such as BOTOX® and Dysport®. Glam up for formal night with a new hairdo and a mani-pedi. With treatments for everyone from couples, teens and men, you're bound to find at least one amazing indulgence at our spa.

**Dining:**
There is a culinary voyage for every taste waiting for you onboard. Reserve your table at any one of our specialty dining venues, from our signature steakhouse Chops Grille to our Dynamic Dining options.

***Beverage Packages:***
Quench your thirst for peace of mind and make your cruise vacation even better by pre-reserving one of our beverage packages online. Chose from fountain soda, juice and/or bottled water packages all conveniently delivered to your stateroom.

**Entertainment:**
Our complimentary shows are sure to WOW you from beginning to end. Sit back and enjoy a variety of incredible productions, including award-winning musicals from Broadway and the West End, original Vegas-style productions and live comedy acts.

**Onboard Activities:**
Only one cruise line offers the thrilling opportunity to learn how to surf while you cruise. Go for a ride on a boogie or surf board on the FlowRider®, the only surf simulator at sea. Reserve your private lessons during the day or evening with our instructors.

TO VIEW ADDITIONAL OPTIONS AND MAKE RESERVATIONS, PLEASE VISIT
**www.RoyalCaribbean.com/CruisePlanner**

# Things To Know

**Access Needs**
Royal Caribbean International welcomes guests with access needs and works hard to assist them throughout their vacation.

To receive appropriate assistance, you must notify Royal Caribbean International in writing of any disability or condition that may require advisable special accommodations. Contact the Access Department at +1.866.592.7225 or +1.954.628.9708 from outside the U.S. or email us at special_needs@rccl.com or Fax +1.954.628.9622.

Guests with wheelchairs, scooters and limited mobility may have difficulty or may not be able to get on and off the ship using tenders and gangways at some ports of call. For more information please see www.RoyalCaribbean.com/tenderaccess

**Alcohol Policy**
Guests are not allowed to bring beer, hard liquor, fortified wines (vermouth, sherry, sake, and port wines) or nonalcoholic beverages onboard for consumption or any other use. Guests may bring personal wine or champagne onboard only on embarkation day, limited to two (2) bottles (no boxes) of 750 ml each per stateroom. Wine should be brought onboard via carry on if possible. Luggage containing wine or champagne will not be delivered to the stateroom and guests will need to retrieve their luggage from security once the ship has set sail. Only staterooms with at least one (1) guest over 21 years of age are eligible to bring bottles of wine or champagne onboard. Guests may request a corkscrew to use for opening bottles in their stateroom.

Additional bottles of wine beyond two (2) bottles that are brought onboard or any alcoholic beverages purchased in ports-of-call or from Shops On Board will be stored by the ship and delivered to your stateroom on the last day of the sailing.

Security may inspect the bottles and if they appear to have been tampered with, they will not be allowed to be brought onboard. Security may also inspect containers (water bottles, soda bottles, mouthwash, luggage etc.) and will dispose of containers holding alcohol. Alcoholic beverages seized on embarkation day will not be returned.

Guests who violate any alcohol policies (over consuming, providing alcohol to people under the age of 21, demonstrating irresponsible behavior, or attempting to conceal alcoholic items at security and or luggage checkpoints or any other time), may be disembarked or not allowed to board, at their own expense, in accordance with the Guest Conduct Policy.

The minimum drinking age for all alcoholic beverages on Royal Caribbean International ships is 21. However, on cruises departing from European and South American countries where the legal drinking age is typically lower than 21, a parent sailing with his or her son(s) and/or daughter(s) who are between the ages of 18 to 20 may sign a waiver allowing the 18 to 20 year-old to consume alcoholic beverages.

The 18 to 20 year-old must agree to comply with Royal Caribbean's policies, including among other things, agreeing not to provide alcoholic beverages to any other person, regardless of age. Restrictions apply, and this policy is subject to change without notice. Royal Caribbean reserves the right to revoke or otherwise restrict drinking privileges of any guest, regardless of age.

**Baggage Advice**
Each guest is permitted to carry onboard the vessel or check-in only the wearing apparel and personal effects reasonably necessary for the cruise. We recommend that guests personally carry any boarding documentation (passports, visas, citizenship documents, family legal documents).

Bring an overnight bag for your last night at sea. Staff will collect your luggage the night before disembarkation and you will need an overnight bag to carry your night clothes and toiletries.

**Communications With Ship**
Detailed information for communicating with the ship and onboard Internet access can be found at www.RoyalCaribbean.com.

**Gratuities**
A $13.50 per person per day gratuity will be automatically added to each guest's SeaPass® account on a daily basis to be shared by Dining Services Staff, Stateroom Attendants and Other Housekeeping Services Personnel as well as staff from other departments who work behind the scenes to enhance the cruise experience. Suite guests will see a $16.50 daily gratuity.

Guests who prepaid gratuities prior to boarding their cruise will not see a daily charge onboard.

An 18% gratuity is also automatically added to beverages and the mini bar. Beverage gratuities are pooled and shared by various dining and beverage service staff. An 18% gratuity is added to spa and salon purchases.

Gratuities for other service personnel are at your discretion.

**Guest Conduct Policy**
For the safety and comfort of our guests, Royal Caribbean developed a Guest Conduct Policy for both adults and children. If Royal Caribbean determines that certain guests are in violation of these guidelines we may be forced to ask the offending party to leave the ship at the next available port of call. Please make sure to familiarize yourself with the guidelines which can be found on our website www.RoyalCaribbean.com under the Customer Services Directory.

**Infants**
Infants sailing on a cruise must be at least 6 months old as of the first day of the cruise or cruisetour. However, for Transatlantic, Transpacific, Hawaii, select South America

**Things To Know Continued**

cruises/cruisetours and other select cruises/cruisetours the infant (as of the first day of the cruise/cruisetour) must be at least 12 months old. If you require additional information, visit our website at www.RoyalCaribbean.com. If you are affected by this policy please call us at +1.800.327.6700.

Due to public health regulations, children who are not completely toilet trained are not permitted in the pools, whirlpools or H2O zone. Children in diapers or who are not toilet trained are welcomed to use the Baby Splash Zone on select ships.

**Medical Services**
Every Royal Caribbean ship offers professional medical services – for a reasonable fee – through independently contracted, licensed (international or domestic) physicians.

**Muster Drill**
A mandatory safety drill for all guests will take place before the ship sails. This drill is designed to acquaint you with safety procedures in the event of a real emergency. On the back of your stateroom door, you will find important information and the location of your Muster Station as well as the proper use of life jacket.

**Pregnancy**
Royal Caribbean International welcomes pregnant guests, but cannot accept guests who will be entering their 24th week of pregnancy by the beginning of, or at any time during the cruise or cruisetour. All guests are required to sign a health questionnaire at check-in to ensure they are aware of our pregnancy policy. If you have already booked a cruise or cruisetour and do not meet this requirement, please contact your Travel Agent or call us at +1.866.562.7625 and request a Resolution Agent.

**Save the Waves**
Save the Waves is a Royal Caribbean International sponsored program that works to protect the ecology of the oceans that support cruising. Please refrain from throwing anything overboard, both in port and at sea, and deposit trash in the proper receptacles. We are grateful for your cooperation with this endeavor.

**Security Screening And Prohibited Items**
Royal Caribbean International's highest priority is to ensure the safety and security of all guests. In order to maintain an effective and meaningful security environment and to comply with international and national security laws, regulations and guidelines, Royal Caribbean has established strict security procedures in the seaport terminals we utilize and onboard all our vessels. These measures include screening all guests and their personal property prior to boarding. We appreciate our cooperation in this endeavor.

For the safety of our guests, certain items are not allowed onboard the cruise ship. Weapons, illegal drugs and other items that could interfere with the safe operation of the ship or the safe and secure environment of the guests and crew are prohibited. The following are examples of items that are not allowed onboard. These and other similar items will be taken by ships Security upon being found.

Prohibited items: Firearms & Ammunition, including realistic replicas; Sharp Objects, including knives and scissors. (Note: Personal grooming items such as safety razors are allowed.) Illegal Drugs & Substances; Candles & Incense; Coffee Makers, Clothes Irons & Hot Plates; Baseball Bats, Hockey Sticks, Cricket Bats, Bows & Arrows; Illegal Drugs; Skateboards & Surfboards; Martial Arts Gear; Self Defense Gear, including handcuffs, pepper spray, night sticks. Flammable Liquids and Explosives, including lighter fluid and fireworks; HAM Radios, Dangerous Chemicals including bleach and paint; Personal Alcohol; Hookah Pipes.

**Special Embarkation Notice**
For your comfort and your convenience we recommend that you not arrive more than 30 minutes prior to the scheduled check-in start time. Early arrivals may have a prolonged wait time in potentially warm or inclement weather conditions.

**Smoking Policy**
For the comfort and enjoyment of our guests, our ships are designated as non-smoking; however, we recognize that some of our guests do smoke. Therefore, to provide an onboard environment that also satisfies smokers, we have designated certain areas of the ship as smoking areas.

Cigarette, cigar, e-cigarette and pipe smoking is permitted in designated outdoor areas of the starboard side of all ships. To assist in locating areas where smoking is permitted, guests will find visible signage posted within all smoking areas and ashtrays that are provided for use. Outdoor areas near restricted areas, food venues, and kids play areas and pools will not allow smoking. On Oasis-class, smoking is not permitted in Central Park or the Boardwalk neighborhoods.

Casino Royale allows smoking and has a designated area for non-smoking guests. There will be visible signage indicating the non-smoking area in the casino. There are select cruises departing from China that will not have a non-smoking area in the casino.

Onboard all interior public spaces are smoke free*. Smoking is not permitted in any dining venue, theater, bar, lounge, hallway, elevator, and jogging track.

Smoking is not permitted inside any stateroom and any stateroom balcony. This applies to all stateroom categories onboard. If a guest is in violation of this stateroom policy, a cleaning fee of $250 USD will be applied to their SeaPass® account and may be subject to further action pursuant to the 'Consequences Section' of the Guest Conduct Policy.

Cigarettes, cigars and pipe tobacco must be properly disposed of and never thrown overboard. Cigar and pipe tobacco is limited to designated outdoor areas. You must be at least 18 years of age to purchase, possess or use tobacco onboard.

Royal Caribbean International kindly asks all guests to please observe the smoking policy. These requests are

**Things To Know Continued**

made to provide a comfortable cruise for everyone. Guest may also inquire at Guest Services for the location of the designated smoking areas onboard.

Guests who violate this smoking policy may be subject to further action pursuant to the 'Consequences Section' of this Guest Conduct Policy.

**Visitors Onboard**
No visitors are permitted onboard

# Royal Caribbean Travel Protection Program

The perfect vacation awaits you with unbelievable thrills, epic entertainment, delicious dining and breathtaking destinations. Make sure nothing gets in the way of your adventure with the Royal Caribbean Travel Protection Program℠. Enjoy some peace of mind, no matter what life throws your way.  Ask your travel agent for details, or feel free to call us or the Program Administrator with questions.

**Royal Caribbean Travel Protection Program Package of Benefits:**

**Cancellation Penalty Waiver Program**
waives the non-refundable cancellation provision of your cruise ticket contract and pays you the value of the unused portion of your prepaid cruise vacation in the event that you or your traveling companion need to cancel your cruise vacation (for specified reasons). In addition, should you or your traveling companion need to cancel your cruise for "any other reason", you may be eligible for Cruise Credits.
Brought to you by Royal Caribbean International ®

**Royal Caribbean Travel Protection Insurance Program**
provides coverage for trip delays, accident and sickness medical benefits, evacuation, baggage protection and much more.
Underwritten by Transamerica Casualty Insurance Company.

**The Worldwide Emergency Assistance Program**
provides 24-hour assistance services, including: pre-trip health, safety and weather information; assistance with travel changes; lost luggage assistance; emergency cash transfer assistance; medical consultation and monitoring; emergency legal assistance; emergency medical and dental assistance; lost travel document assistance; and emergency medical payment assistance.
Services Provided by On Call International.

For cancellation protection before – and insurance coverage and assistance services during – your trip, consider Royal Caribbean Travel Protection Program .

**Important:** Benefits are valid only if the appropriate program costs have been received by Royal Caribbean International. Please keep these documents for your records.

***For NY residents, the Royal Caribbean Travel Protection Program is underwritten by Transamerica Casualty Insurance Company, Columbus, Ohio; NAIC # 10952 under Policy/ Certificate Form series TAHC5000.***

**Important:** In the event of a claim, please refer to this brochure for the documentation that may be required in addition to your claim form.

| Cancellation Penalty Waiver Program |
| --- |

Cruise Ticket Contract Addendum
Provided by Royal Caribbean International*

*For NY residents, the Royal Caribbean Travel Protection Program Cancellation Penalty Waiver Program is underwritten by Transamerica Casualty Insurance Company, Columbus, Ohio; NAIC # 10952 under Policy/Certificate Form series TAHC5000.

The Cancellation Penalty Waiver Program offers our valued guests the opportunity to receive a refund from Royal Caribbean International (beyond the standard refund policy published in our cruise brochure) for those otherwise nonrefundable cruise vacation-related costs prepaid to Royal Caribbean International, should you cancel or interrupt your cruise vacation for the reasons stated below.

**Cancellation & Interruption
Penalty Waiver.............................................Cash Refund Up To
Total Cruise Vacation Cost**

This Cancellation Penalty Waiver is an addendum to your cruise ticket contract. Through the **Travel Protection Program**, Royal Caribbean International will waive their standard cancellation provision and refund to you IN CASH the otherwise nonrefundable value of the unused portion of your prepaid cruise vacation, should you or your traveling companion need to cancel your cruise vacation for any one of the following reasons (subject to the restrictions noted below*). In addition, through the **Travel Protection Program**, should you or your traveling companion need to interrupt your cruise vacation (embark after your scheduled departure date or disembark before your scheduled return date) for any one of the same following reasons (subject to the restrictions noted below*) you will be refunded IN CASH the otherwise nonrefundable value of the unused portion of your prepaid cruise vacation.

1. sickness, injury, or death of yourself, a traveling companion or members of either of your immediate families, which is diagnosed and treated by a physician at the time your cruise vacation is terminated;
2. involvement in a traffic accident, en route to departure, that causes you to miss your cruise;
3. your home is made uninhabitable by a natural disaster such as fire, flood, earthquake, hurricane or volcano;
4. you are called into active duty by the military to provide aid or relief as a result of a natural disaster;
5. subpoena or being called to serve for jury duty.

Cancellation Penalty Waiver refunds are also provided if you are charged a change in occupancy/single supplement charge as a result of your traveling companion's cancellation due to one of the reasons cited above. Please advise your travel agent, Royal Caribbean International or the Program Administrator as soon as possible in the event of cancellation. Refunds will not be provided for additional charges incurred that would not have been charged had you notified these parties as soon as reasonably possible.

**\*Please note the following restrictions:**
Royal Caribbean International will not waive their cancellation penalty and provide a cash refund, should you cancel or interrupt your cruise vacation for any of the following reasons:

• a condition that first presents, worsens, becomes acute or has symptoms causing a person to seek diagnosis, care or treatment, or prompts a change in medication, during the 60 days before you purchased this waiver; mental, nervous or psychological disorders, or normal pregnancy, unless hospitalized; elective abortion; drugs or intoxicants, unless prescribed by a Physician;

• business, contractual or educational obligations of you, an immediate family member, or traveling companion;

• declared or undeclared war, or any act of war; service in the armed forces of any country;

• any unlawful acts, committed by you or a traveling companion;

• other condition, event or circumstance occurring prior to your purchase of the Travel Protection Program.

**Where To Report Cruise Vacation Cancellations and/or Interruptions**

Contact your travel agent, Royal Caribbean International or the Program Administrator IMMEDIATELY to notify them of your cancellation (or interruption) and to avoid any non-covered expenses due to late reporting. The Administrator will then forward the appropriate form(s) that must be completed by you and the attending physician (if applicable). The Administrator can be contacted at 1-800-453-4022 or 1-516-342-2720.

*\*For NY residents, the Royal Caribbean Travel Protection Program Cancellation Penalty Waiver Program is underwritten by Transamerica Casualty Insurance Company, Columbus, Ohio; NAIC # 10952 under Policy/Certificate Form series TAHC5000.*

**Cruise Vacation Cancellation Enhancement**

*Provided by Royal Caribbean International*

**"Any Reason"
Cruise Credits..............................................equal to 75% of the non-refundable pre-paid Cruise Vacation Cost**

In the event that you choose to cancel for a reason not authorized above or for a reason that is otherwise restricted, at any time up until departure, and you have purchased the Royal Caribbean Travel Protection Program, Royal Caribbean International will provide you a cruise credit equal to 75% of the non-refundable value (excluding Air2Sea) of your Cruise Vacation prepaid to Royal Caribbean International, for your use toward a future cruise. This additional enhancement is offered by Royal Caribbean International as a special service to guests that purchase this cruise ticket Cancellation Penalty Waiver Addendum. Certain restrictions on the use of these cruise credits (such as blackout periods) may apply. Credits are valid for one year from issue date, are not transferable, and have no cash value. To be eligible for credits, notification of cancellation must be given to Royal Caribbean International prior to the ship's departure. Once you've cancelled with Royal Caribbean International, please contact the Royal Caribbean Travel Protection Program Help Line at 1-800-453-4022 regarding cruise credits. Air2Sea is not subject to this cruise credit feature.

---

**Royal Caribbean Travel Protection Insurance Program**

Underwritten by Transamerica Casualty Insurance Company

Policy Number: MZ0911036H0000A

**Description of Coverages**

| Part A. Travel Arrangement Protection | Maximum Benefit Amount |
|---|---|
| Trip Delay | $500 |

| Part B. Medical Protection | Maximum Benefit Amount |
|---|---|
| Emergency Evacuation | $25,000 |
| Repatriation | $25,000 |
| Accident Medical Expense | $10,000 |
| Sickness Medical Expense | $10,000 |

| Part C. Baggage Protection | Maximum Benefit Amount |
|---|---|
| Baggage and Personal Effects | $1,500 |
| Baggage Delay | $500 |

The benefits provided in this program are subject to certain restrictions and exclusions, including the Pre-Existing Condition Exclusion. Please read this brochure in its entirety for a description of all coverage terms and conditions. Note: Words beginning with capital letters are defined in this text. In this Description of Coverage, "you", "your," and "yours" refer to the Plan Participant and "we", "us," and "our" refer to the company providing the coverage.

**Part A. Travel Arrangement Protection**

**Trip Delay**
If your Covered Cruise Vacation is delayed, we will reimburse you, up to the amount shown in the Schedule, for unused



land or water travel arrangements, less any refund paid or payable, and reasonable additional expenses incurred by you for hotel accommodations, meals, telephone calls, and economy transportation to catch up to your Cruise Vacation or to return Home. We will not pay benefits for expenses incurred after travel becomes possible.

Trip Delay must be caused by or result from: 1) Common Carrier delay; 2) loss or theft of your passport(s), travel documents or money; 3) being Quarantined; 4) hijacking; 5) adverse weather; 6) a documented traffic accident while you are en route to departure; 7) unannounced strike; 8) a civil disorder.

### Part B. Medical Protection

**Medical Expense/Emergency Assistance Benefits**
We will pay this benefit, up to the amount in the Schedule, for the following Covered Expenses incurred by you, subject to the following: 1) Covered Expenses will only be payable at the Usual and Customary level of payment; 2) benefits will be payable only for Covered Expenses resulting from a Sickness that first manifests itself or an Injury that occurs while on a Covered Cruise Vacation; 3) benefits payable as a result of incurred Covered Expenses will only be paid after benefits have been paid under any Other Valid and Collectible Group Insurance in effect for you. We will pay that portion of Covered Expenses that exceeds the amount of benefits payable for such expenses under your Other Valid and Collectible Group Insurance. We will advance payment to a Hospital, up to $1,000, if needed to secure your medically necessary admission**.**

**Covered Expenses:**
**Accident Medical Expense/Sickness Medical Expense:**
1) expenses for the following Physician-ordered medical services: services of legally qualified Physicians and graduate nurses, charges for Hospital confinement and services, local ambulance services, prescription drugs and medicines, and therapeutic services incurred by you within one year from the date of your Sickness or Injury; 2) expenses for emergency dental treatment incurred by you during a Covered Cruise Vacation;

**Emergency Evacuation:**
3) expenses incurred by you for Physician-ordered emergency medical evacuation, including medically appropriate transportation and necessary medical care en route, to the nearest suitable Hospital when you are critically ill or injured and no suitable local care is available, subject to the Program Medical Advisors prior approval; 4) expenses incurred for non-emergency medical evacuation, including medically appropriate transportation and medical care en route, to a Hospital or to your place of residence, when deemed medically necessary by the attending Physician, subject to the Program Medical Advisors prior approval; 5) expenses for transportation not to exceed the cost of one round-trip economy class air fare to the place of hospitalization for one person chosen by you, provided that you are traveling alone and are hospitalized for more than 7 days; 6) expenses for transportation not to exceed the cost of one-way economy class air fare to your place of residence including escort expenses if you are 18 years

of age or younger and left unattended due to the death or hospitalization of an accompanying adult(s), subject to the Program Medical Advisors prior approval; 7) expenses for one-way economy class air fare to your place of residence from a medical facility to which you were previously evacuated, less any refunds paid or payable from your unused transportation tickets, if these expenses are not covered elsewhere in the plan;

**Repatriation:**
8) repatriation expenses for preparation and air transportation of your remains to your place of residence, or up to an equivalent amount for a local burial in the country where death occurred, if you die while on your Covered Cruise Vacation.

In Part B (except Emergency Evacuation and Repatriation) we will not pay for any loss caused by or incurred resulting from a Pre-Existing Condition Exclusion as defined below.

**Pre-Existing Condition** means an illness, disease, or other condition during the 60-day period immediately prior to your effective date for which you or your Traveling Companion, Business Partner or Immediate Family Member who is scheduled or booked to travel with you:

1. received or received a recommendation for a diagnostic test, examination, or medical treatment; or

2. took or received a prescription for drugs or medicine.

Item 2) of this definition does not apply to a condition which is treated or controlled solely through the taking of prescription drugs or medicine and remains treated or controlled without any adjustment or change in the required prescription throughout the 60-day period before coverage is effective under this Policy.

If you have any questions concerning this exclusion, please call the program administrator at 1-800-453-4022 for further clarification.

### Part C. Baggage Protection

**Baggage and Personal Effects Benefits**
We will reimburse you, less any amount paid or payable from any coverage provided by a Common Carrier and/or insurance specifically insuring the lost, stolen, or damaged item(s), up to the amount shown in the Schedule, for direct loss, theft, damage, or destruction of your Baggage during your Covered Cruise Vacation.

**Valuation and Payment of Loss**
Payment of loss under the Baggage and Personal Effects Benefit will be calculated based upon an Actual Cash Value basis. For items without receipts, payment of loss will be calculated based upon 80% of the Actual Cash Value at the time of loss. At our option, we may elect to repair or replace your Baggage. We will notify you within 30 days after we receive your proof of loss. We may take all or part of a damaged Baggage as a condition for payment of loss. In the event of a loss to a pair or set of items, we will: 1) repair or replace any part to restore the pair or set to its value before

the loss; or 2) pay the difference between the value of the property before and after the loss.

**Baggage Delay Benefits**
We will reimburse you, less any amounts paid or payable from any other valid and collectible insurance or indemnity, up to the amount shown in the Schedule, for the cost of reasonable additional clothing and personal articles purchased by you if your Baggage is delayed by a Common Carrier for 24 hours or more during the Covered Cruise Vacation. You must be a ticketed passenger on a Common Carrier. "This Coverage terminates upon your arrival at the return destination of your Covered Cruise Vacation".

**Definitions**
**Accident** means a sudden, unexpected, unintended and external event, which causes Injury.

**Actual Cash Value** means purchase price less depreciation.

**Baggage** means luggage, personal possessions and travel documents taken by you on the Covered Cruise Vacation.

**Business Partner** means an individual who is involved, as a partner, with you in a legal general partnership and shares in the management of the business.

**Common Carrier** means any land, water, or air conveyance operated under a license for the transportation of passengers for hire, not including taxicabs or rented, leased or privately owned motor vehicles.

**Covered Cruise Vacation** means a period of travel away from Home to a destination outside your city of residence; the purpose of the Cruise Vacation is business or pleasure and is not to obtain health care or treatment of any kind.

**Cruise Vacation** means a trip for which coverage has been elected and the plan payment paid, and all travel arrangements are arranged by Royal Caribbean International prior to the Scheduled Departure Date of the trip.

**Domestic Partner** means a person who is at least eighteen years of age and you can show: 1) evidence of financial interdependence, such as joint bank accounts or credit cards, jointly owned property, and mutual life insurance or pension beneficiary designations; 2) evidence of cohabitation for at least the previous 6 months; and 3) an affidavit of domestic partnership if recognized by the jurisdiction within which they reside.

**Elective Treatment and Procedures**, means any medical treatment or surgical procedure that is not medically necessary including any service, treatment, or supplies that are deemed by the federal or a state or local government authority or by us to be research or experimental or that is not recognized as a generally accepted medical practice.

**Home** means your primary or secondary residence.

**Hospital** means an institution, which meets all of the following requirements: 1) it must be operated according to law; 2) it must give 24 hour medical care, diagnosis, and treatment to the sick or injured on an inpatient basis; 3) it must provide diagnostic and surgical facilities supervised by Physicians; 4) registered nurses must be on 24 hour call or duty; and 5) the care must be given either on the hospital's premises or in facilities available to the hospital on a pre-arranged basis. A Hospital is not: a rest, convalescent, extended care, rehabilitation or other nursing facility; a facility which primarily treats mental illness, alcoholism, or drug addiction (or any ward, wing, or other section of the hospital used for such purposes); or a facility which provides hospice care (or wing, ward, or other section of a hospital used for such purposes).

**Immediate Family Member** includes your or the Traveling Companion's spouse, child, spouse's child, son-daughter-in-law, parent(s), sibling(s), grandparent(s), grandchild, step brother-sister, step-parent(s), parent(s)-in-law, brother-sister-in-law, aunt, uncle, niece, nephew, Domestic Partner, or ward.

**Injury** means bodily harm caused by an Accident which: 1) occurs while your coverage is in effect under the plan; and 2) requires examination and treatment by a Physician. The Injury must be the direct cause of loss and must be independent of all other causes and must not be caused by, or result from, Sickness.

**Insurer** means Transamerica Casualty Insurance Company.

**Other Valid and Collectible Group Insurance** means any group policy or contract which provides for payment of medical expenses incurred because of Physician, nurse, dental or Hospital care or treatment; or the performance of surgery or administration of anesthesia. The policy or contract providing such benefits includes group or blanket insurance policies; service plan contracts; employee benefit plans; or any plan arranged through an employer, labor union, employee benefit association or trustee; or any group plan created or administered by the federal or a state or local government or its agencies. In the event any other group plan provides for benefits in the form of services in lieu of monetary payment, the usual and customary value of each service rendered will be considered a Covered Expense.

**Payments or Deposits** means the cash, check, or credit card amounts actually paid to the Policyholder for your Covered Cruise Vacation.

**Physician** means a person licensed as a medical doctor by the jurisdiction in which he/she is resident to practice the healing arts. He/she must be practicing within the scope of his or her license for the service or treatment given and may not be you, a Traveling Companion, or an Immediate Family Member of yours.

**Plan Participant** means an eligible person who arranges a Covered Cruise Vacation and pays any required plan payment.

**Policy** means the contract issued to the Policyholder providing the benefits specified herein.

**Policyholder** means the legal entity in whose name this Policy is issued, as shown on the benefit Schedule.

**Quarantined** means the isolation of a person afflicted with or exposed to a communicable disease, the purpose being to prevent the spread of disease.

**Program Medical Advisors** means On Call International.

**Schedule** means the benefit schedule shown on the Description of Coverage for each Plan Participant.

**Scheduled Departure Date** means the date on which you are originally scheduled to leave on your Covered Cruise Vacation.

**Scheduled Return Date** means the date on which you are originally scheduled to return to the point where the Covered Cruise Vacation started or to a different final destination.

**Scheduled Departure City** means the city where the scheduled Cruise Vacation on which you are to participate originates.

**Sickness** means an illness or disease of the body which: 1) requires examination and treatment by a Physician; and 2) commences while the plan is in effect. An illness or disease of the body that first manifests itself and then worsens or becomes acute prior to the effective date of this plan is not a Sickness as defined herein and is not covered by the plan.

**Traveling Companion** means a person whose name appears with you on the same Cruise Vacation arrangement and who, during the Cruise Vacation, will accompany you.

**Usual and Customary Charge** means those charges for necessary treatment and services that are reasonable for the treatment of cases of comparable severity and nature. This will be derived from the mean charge based on the experience in a related area of the service delivered and the MDR (Medical Data Research) schedule of fees valued at the 90th percentile

**General Plan Exclusions**

**In Part B:**
**We will not pay for any loss or expense caused by or incurred resulting from:** a Pre-Existing Condition, as defined in the plan. This Exclusion does not apply to benefits under covered expenses emergency medical evacuation or repatriation of remains of the Medical Expense/Emergency Assistance Benefits coverage.

**In Parts A & B:**
**We will not pay for any loss under the plan caused by or incurred resulting from:** 1) mental, nervous, or psychological disorders, except if hospitalized; 2) being under the influence of drugs or intoxicants, unless prescribed by a Physician; 3) normal pregnancy, except if hospitalized; or elective abortion; 4) declared or undeclared war, or any act of war; 5) service in the armed forces of any country; 6) operating or learning to operate any aircraft, as pilot or crew; 7) any unlawful acts, committed by you or a Traveling Companion (whether Plan Participant or not); 8) any amount paid or payable under any Worker's Compensation, Disability Benefit

or similar law; 9) Elective Treatment and Procedures; 10) medical treatment during or arising from a Covered Cruise Vacation undertaken for the purpose or intent of securing medical treatment; 11) business, contractual or educational obligations of you, an Immediate Family Member, Domestic Partner, Business Partner, or Traveling Companion; 12) failure of any tour operator, Common Carrier, or other travel supplier, person or agency to provide the bargained-for travel arrangements; 13) a loss that results from an illness, disease, or other condition, event or circumstance which occurs at a time when the plan is not in effect for you.

**In Part C:**
**Items not covered**
**We will not pay for damage to or loss of**: 1) a loss or damage caused by detention, confiscation or destruction by customs; 2) animals; 3) property used in trade, business or for the production of income, household furniture, musical instruments, brittle or fragile articles, or sporting equipment if the loss results from the use thereof; 4) artificial limbs or other prosthetic devices, artificial teeth, dental bridges, dentures, dental braces, retainers or other orthodontic devices, hearing aids, any type of eyeglasses, sunglasses or contact lenses; 5) documents or tickets, except for administrative fees required to reissue tickets; 6) money, stamps, stocks and bonds, postal or money orders, securities, accounts, bills, deeds, food stamps or credit cards; 7) property shipped as freight or shipped prior to the Scheduled Departure Date.

**Losses not covered**
**We will not pay for loss arising from:** 1) theft or pilferage from an unattended vehicle; 2) mysterious disappearance.

**Term of Coverage**

**When Coverage Begins**
All coverages will take effect on the later of: 1) the date the plan payment has been received by Royal Caribbean International; 2) the date and time you start your Covered Cruise Vacation; or 3) 12:01 A.M. Standard Time on the Scheduled Departure Date of your Covered Cruise Vacation.

**When Coverage Ends**
Your coverage automatically ends on the earlier of: 1) the date the Covered Cruise Vacation is completed; 2) the Scheduled Return Date; 3) your arrival at the return destination on a round-trip, or the destination on a one-way trip; 4) cancellation of the Cruise Vacation covered by the Plan.

**Claims Procedure**

**1. Trip Cancellation Claims:** Contact your travel agent, Royal Caribbean International and Aon Affinity IMMEDIATELY to notify them of your cancellation and to avoid any non-covered expenses due to late reporting. Aon Affinity will then forward the appropriate claim form that must be completed by you AND THE ATTENDING PHYSICIAN, if applicable.

**2. All Other Claims:** Report your claim as soon as possible to Aon Affinity. Provide the policy number above, your travel dates, and details describing the nature of your loss. Upon

receipt of this information, Aon Affinity will promptly forward you the appropriate claim form to complete.

**Online: www.travelclaim.com**
Mail: Aon Affinity, 300 Jericho Quadrangle, Jericho, NY 11753
Phone: 1-800-453-4022 or 1-516-342-2720
Office Hours: 8 A.M. - 10 P.M. ET, Monday-Friday
9 A.M. - 5 P.M., Saturday

**Important:** In order to facilitate prompt claims settlement upon your return, be sure to obtain as applicable: detailed medical statements from Physicians in attendance where the Accident or Sickness occurred; receipts for medical services and supplies; and receipts from the Hospital. You must receive initial treatment within 90 days of the accident that caused the Injury or the onset of the Sickness.

In case of loss, theft or damage to Baggage and Personal Effects, you should immediately report the situation incident to the hotel manager, cruise/airline/tour representative, transportation official, local police or other local authorities and obtain their written report of your loss. In the event of a baggage claim, receipts for any lost or damaged items will be required. In the event of a Baggage Delay or Trip Delay claim, receipts for any additional covered expenses will be required, as well as verification of the delay.

**Enrollment Procedure**

Once you have booked a Cruise Vacation through Royal Caribbean International, the Royal Caribbean Travel Protection Program may be purchased at any time through final Cruise Vacation payment.

**Please note:** Payment for the plan may not be accepted after the Cruise Vacation cost has been paid in full.

This program was designed and administered by Aon Affinity.

Aon Affinity is the brand name for the brokerage and program administration operations of Affinity Insurance Services, Inc. (TX 13695); (AR 244489); in CA & MN, AIS Affinity Insurance Agency, Inc. (CA 0795465); in OK, AIS Affinity Insurance Services, Inc; in CA, Aon Affinity Insurance Services, Inc. (CA 0G94493), Aon Direct Insurance Administrators and Berkely Insurance Agency and in NY, AIS Affinity Insurance Agency. Affinity Insurance Services is acting as a Managing General Agent as that term is defined in section 626.015(14) of the Florida Insurance Code. As an MGA we are acting on behalf of our carrier partner.

**For additional information regarding the plan, call Aon Affinity at: 1-800-453-4022 or 1-516-342-2720**

**Office hours:**
**8 A.M. – 10 P.M. ET, Monday – Friday,**
**9 A.M. – 5 P.M. ET, Saturday**

**General Provisions**

**Our Right To Recover From Others** We have the right to

recover any payments we have made from anyone who may be responsible for the loss. You and anyone else we insure must sign any papers and do whatever is necessary to transfer this right to us. You and anyone else we insure will do nothing after the loss to affect our right.
**Claims Provisions**

**Payment of Claims:** Claims for benefits provided by the plan will be paid as soon as written proof is received.

Benefits are paid directly to you, unless otherwise directed. Any accrued benefits unpaid at your death will be paid to your estate or, if no estate, to your beneficiary. If you have assigned your benefits, we will honor the assignment if a signed copy has been filed with us. We are not responsible for the validity of any assignment.

The Royal Caribbean Travel Protection Program is underwritten by Transamerica Casualty Insurance Company, Columbus, Ohio; NAIC # 10952 (all states except as otherwise noted) under Policy/Certificate Form series TAHC5000. In CA, HI, NE, NH, PA, TN and TX Policy/ Certificate Form series TAHC5100 and TAHC5200. In IL, IN, KS, LA, OH, OR, VT, WA and WY Policy Form #'s TAHC5100IPS and TAHC5200IPS. Certain coverages are under series TAHC6000 and TAHC7000.

This is a brief Description of Coverage which outlines benefits and amounts of coverage that may be available to you. If you are a resident of one of the following states (IL, IN, KS, LA, OH, OR, VT, WA and WY), your Policy is provided on an individual form. To obtain a copy of your individual policy or Group Certificate for all states based on your state of residence, or information regarding the insurance premium portion of your plan cost, visit www.affinitytravelcert.com or call 1-800-453-4090. Your Individual Policy or Group Certificate will govern the final interpretation of any provision or claim. For Maryland residents only, to file a complaint with the Maryland Department of Insurance, call 1-800-492-6116 or visit www.mdinsurance.state.md.us

This plan provides insurance coverage that applies only during the covered trip. You may have coverage from other sources that provides you with similar benefits but may be subject to different restrictions depending upon your other coverages. You may wish to compare the terms of this policy with your existing life, health, home and automobile policies. If you have any questions about your current coverage, call your insurer, insurance agent or broker. The purchase of this plan is not required in order to purchase any other travel product or service offered to you by your travel retailers. Unless individually licensed as an insurance agent, your travel agent is not qualified or authorized to answer your technical questions about the benefits, exclusions or conditions of this plan or to evaluate the adequacy of any existing insurance coverage you may have. Questions should be directed to the plan administrator at the toll-free number provided.

**Notice To New York Residents Only**
The Cancellation Penalty Waiver Program may be purchased separately from the Royal Caribbean Travel Protection Program. Contact 1-888-722-2195 for details.

### Ten Day Right To Examine

If you are not satisfied for any reason, you may cancel your coverage within 10 days of your receipt of this document. Your premium will be refunded, provided there has been no incurred covered expense and you have not departed on your Covered Trip. When so returned, the coverage is void from the beginning. Request a refund in writing by providing your contact information as well as a copy of your plan description to our authorized agent, Aon Affinity, 300 Jericho Quadrangle, P.O. Box 9022, Jericho, NY 11753.

### Worldwide Emergency Assistance

Provided by On Call International

Not a care in the world...when you have our 24/7 global network to assist you.

### CareFree™ Travel Assistance

• Arrangements for last-minute flight and hotel changes

• Luggage Locator (reporting/tracking of lost, stolen or delayed baggage)

• Airport transportation, rental car reservations and automobile return

• Coordination of travel for visitors to bedside, return travel for dependent/minors

• Assistance locating the nearest embassy or consulate

• Cash transfers

• Destination guide, weather updates, passport requirements, currency exchange

• Assistance with lost travel documents or passports

• Live email and phone messaging to family and friends

• Multilingual translation and interpretation services

### Medical Assistance and Emergency Services

• Medical case management, consultation and monitoring

• Medical transportation, dispatch of doctor or specialist

• Referrals to local medical and dental service providers

• Worldwide medical information, up-to-the-minute travel medical advisories

• Replacement of prescriptions, eyeglasses, contact lenses and dental appliances

• Emergency medical, dental and legal assistance

Worldwide Emergency Assistance Services can be accessed by calling On Call International at **1-(866) 509-7716** or, from outside the U.S. or Canada, call collect*: **1-(603) 328-1716**

***If you have any difficulty making this collect call, contact the local phone operator to connect you to a US-based long-distance service. In this case, please let the Assistance Provider answering the phone know the number you are calling from, so that he/she may call you back. Any charges for the call will be considered reimbursable benefits.***

Note that the problems of distance, information, and communications make it impossible for the Program Administrator, Royal Caribbean International, or On Call International to assume any responsibility for the availability, quality, use, or results of any emergency service. In all cases, you are still responsible for obtaining, using, and paying for your own required services of all types.

1/2015
26504094

# Cruise/Cruisetour Ticket Contract

**IMPORTANT NOTICE TO GUESTS**
YOUR CRUISE/CRUISETOUR TICKET CONTRACT CONTAINS IMPORTANT LIMITATIONS ON THE RIGHTS OF PASSENGERS. IT IS IMPORTANT THAT YOU CAREFULLY READ ALL TERMS OF THIS CONTRACT, PAYING PARTICULAR ATTENTION TO SECTION 3 AND SECTIONS 9 THROUGH 11, WHICH LIMIT OUR LIABILITY AND YOUR RIGHT TO SUE, AND RETAIN IT FOR FUTURE REFERENCE.

THIS AGREEMENT REQUIRES THE USE OF ARBITRATION FOR CERTAIN DISPUTES AND WAIVES ANY RIGHT TO TRIAL BY JURY TO RESOLVE THOSE DISPUTES. PLEASE READ SECTION 10 BELOW.

**1. INTRODUCTION:**
This Cruise/CruiseTour Ticket Contract (the **'Ticket Contract'**) describes the terms and conditions that will apply to the relationship between the Passenger (as defined in Section 2.f below) and the Carrier (as defined in Section 2.b below) for the Vessel with respect to the Cruise or CruiseTour covered by this Agreement. Except as otherwise expressly provided herein, this Agreement supersedes any other written or oral representations or agreements relating to the subject matter of this Agreement or the Cruise or the CruiseTour but excluding the terms of the Cruise Lines International Association ("CLIA") Passenger Bill of Rights that the Vessel's Operator has adopted as a requirement of being a member of CLIA. In the event of a direct conflict between a provision of this Ticket Contract and a provision of the CLIA Passenger Bill of Rights in effect at the time of booking (the "CLIA Passenger Bill of Rights"), the CLIA Passenger Bill of Rights controls.

Purchase or use of this Ticket Contract, whether or not signed by the Passenger, shall constitute the agreement by Passenger, on behalf of himself and all other persons traveling under this Ticket Contract (including any accompanying minors or other persons for whom the Ticket Contract was purchased), to be bound by the terms and conditions of this Ticket Contract. This Ticket Contract cannot be modified except in a writing signed by a corporate officer of Operator. In addition, Guest acknowledges the availability of and Guest agrees to abide by the terms and conditions, including but not limited to certain payment terms such as minimum deposit requirements and payment due dates, which appear in the applicable Carrier brochure or online at www.RoyalCaribbean.com. In the event of any conflict between such other brochure or website materials and this Ticket Contract, the terms of this Ticket Contract shall prevail.

**2. DEFINITIONS:**
a. **'Agreement'** or **'Contract'** means the terms and conditions set forth in this Ticket Contract together with the Cruise or CruiseTour Fare due for Your Cruise or CruiseTour. Together, the items described in the preceding sentence shall constitute an agreement between Passenger and Operator for the Cruise or CruiseTour.
b. **'Carrier'** shall include: (i) the Vessel, or any substituted ship; (ii) the Vessel's Operator; and (iii) with respect to the Land Tour portion of any CruiseTour, the operator of that Land Tour ('LTO') together with the owners, managers, charterers, affiliates, successors and assigns of the entities identified in subsections (i), (ii) and (iii) of this sentence. Carrier also shall include the officers, directors, employees, agents, crew or pilots of the entities identified in the preceding sentence. The exclusions or limitations of liability of Carrier set forth in the provisions of this Ticket Contract, as well as all rights, defenses or immunities set forth herein, shall also apply to and be for the benefit of agents, independent contractors, concessionaires and suppliers of Carrier, as well as owners and operators of all shoreside properties at which the Vessel or the Transport may call, as well as owners, designers, installers, suppliers and manufacturers of the Vessel or Transport, or any component parts of either, together with the employees and servants of each of the foregoing, and/or any launches, craft or facilities of any kind belonging to or provided by any of the entities identified in this paragraph.
c. **"Cruise"** means the specific cruise covered by this document, as the same may be modified and shall include those periods during which the Guest is embarking or disembarking the Vessel and those periods when the Guest is on land while the Vessel is in port.
d. 'Cruise Fare' or "CruiseTour Fare' includes the amount due for the Cruise or Cruise Tour, whether such amounts are owing and/or have been paid by the Passenger, but does not include amounts due for other products or services such as air transportation, photographs, gratuities, telephone calls, or medical services which can be purchased separately, nor does it include government or quasi-governmental taxes and fees, whether assessed on a per passenger, per vessel, per berth or per ton basis, nor any fuel surcharges, security surcharges or similar assessments made by airlines, trains, buses, hotels or other third parties which are subject to change and are due and payable by Passenger upon request. For CruiseTours that include air travel, airfare is included in the CruiseTour Fare.
e. 'CruiseTour' shall mean the combined vacation package officially published and offered by Carrier, which includes the applicable cruise and associated Land Tour.
f. 'Operator' means the entity identified in Section 18 below.
g. 'Passenger' or 'Guest' or 'Your' means all persons traveling under this Ticket Contract and persons in their care, together with their respective heirs and representatives. 'Passenger' shall include the plural and the use of the masculine shall include the feminine.

h. 'Land Tour' shall mean the land tour component of a CruiseTour to be provided either prior to the initial embarkation on the cruise or after the final debarkation from the cruise.
i. 'Transport' means the railcars, buses and other modes of transportation or accommodation provided by a LTO in connection with a Land Tour.
j. 'Vessel' means the ship owned or chartered or operated by Operator on which Passenger may be traveling or against which Passenger may assert a claim, as well as any substituted ship used in the performance of this Ticket Contract.

**3. BAGGAGE, PROPERTY AND LIMITATIONS OF LIABILITY:**
a. Baggage Limits and Prohibited Items. Each adult Passenger is permitted to carry onboard the Vessel or check-in only the wearing apparel and personal effects reasonably necessary for the cruise, including suitcases, trunks, valises, satchels, bags, hangers containing clothing, toiletries and similar items. In no event shall any Passenger bring on board the Vessel or check-in, or in connection with the Land Tour, any illegal controlled substances, fireworks, live animals (except under the terms of Section 12.d below), weapons, firearms, explosives or other hazardous materials, or any other items prohibited by applicable law or Carrier policy. Carrier reserves the right to refuse to permit any Passenger to take on board the Vessel or on any mode of Transport any item Carrier deems inappropriate.
b. Liability for Loss of or Damage to Baggage. Unless negligent, Carrier is neither responsible nor liable for any loss of or damage to Passenger's property, whether contained in luggage or otherwise. Liability for loss of or damage to Passenger's property in connection with any air or ground transportation shall be the sole responsibility of the provider of the service and in accordance with applicable limitations.
c. Limitation of Liability for Lost or Damaged Property. Notwithstanding any other provision of law or this Agreement, Carrier's liability for loss or damage to property during the Land Tour portion of a CruiseTour is limited to $300.00 per Passenger. Notwithstanding any other provision of law or this Agreement, Carrier's liability for loss or damage to property for the cruise (or for the cruise only portion of a CruiseTour) shall be limited to $300.00 per Passenger, unless Passenger declares the true value of such property in writing to the Carrier at the address specified in Section 10.a below and pays Carrier within 10 days of final payment for the cruise, a fee of five percent (5%) of the amount that such value exceeds $300.00. In such event, Carrier's liability shall be limited to its true declared value, but not exceeding $5,000.
d. Limited Carriage. Carrier does not undertake to carry as baggage any tools of trade, household goods (including but not limited to appliances and furniture) fragile or valuable items, precious metals, jewelry, documents, negotiable instruments or other valuables, including but not limited to those specified in Title 46 of the United States Code, Appendix Section 181. Each Passenger warrants that no such item will be presented to Carrier within any receptacle or container as baggage, and hereby releases Carrier from any liability whatsoever for loss of or damage to such items when presented to Carrier in breach of this warranty. In no event shall Carrier be liable for normal wear or tear of luggage or property, or loss of or damage to jewelry, cash, negotiable paper, photographic/electronic, medical or recreational equipment, dental hardware, eyewear, medications or other valuables unless they are deposited with Carrier on the Vessel for safekeeping against receipt (LTOs do not accept valuables for deposit). Carrier's liability, if any, for loss of or damage to valuables so deposited shall not exceed the amounts indicated in Section 3.c above.

**4. MEDICAL CARE AND OTHER PERSONAL SERVICES:**
a. Availability of Medical Care. Due to the nature of travel by sea and the ports visited, the availability of medical care onboard the Vessel and in ports of call may be limited or delayed and medical evacuation may not be possible from the Vessel while at sea or from every location to which the Vessel sails.
b. Relationship with Service Providers. To the extent Passengers retain the services of medical personnel or independent contractors on or off the Vessel, Passengers do so at their sole risk. Any medical personnel attending to a Passenger on or off the Vessel, if arranged by Carrier, are provided solely for the convenience of the Passenger, work directly for the Passenger, and shall not be deemed to be acting under the control or supervision of the Carrier, as Carrier is not a medical provider. Likewise, any onboard concessions (including but not limited to the gift shops, spas, beauty salon, art program, photography, formalwear concessions) are either operated by or are independent contractors on board the Vessel, on Transport or elsewhere and are provided solely for the convenience of Passenger. Even though the Carrier shall be entitled to charge a fee and earn a profit for arranging such services, all such persons or entities shall be deemed independent contractors and not acting as agents or representatives of Carrier. Carrier assumes no liability whatsoever for any treatment, failure to treat, diagnosis, misdiagnosis, actual or alleged malpractice,



**Cruise/Cruisetour Ticket Contract continued**

advice, examination or other services provided by such persons or entities. Guest acknowledges that the Vessel's hair dresser, manicurist, art auctioneer, gift shop personnel, spa personnel, wedding planners and other providers of merchandise and personal services are employees of independent contractors and that Carrier is not responsible for their actions.

c. Payment for Medical or Personal Care Services. Passenger shall pay for all medical care or other personal services requested or required, whether onboard or ashore, including the cost of any emergency medical care or transportation incurred by Carrier and any costs associated with the provision of medical services as provided in the CLIA Passenger Bill of Rights. If Passenger is unable to pay and the Carrier pays for such expenses, then Passenger shall reimburse Carrier for those expenses.

**5. SHORE EXCURSIONS, TOURS, FACILITIES OR OTHER TRANSPORTATION:**
All arrangements made for or by Passenger for transportation (other than on the Vessel) before, during or after the Cruise or CruiseTour of any kind whatsoever, as well as air arrangements, shore excursions, tours, hotels, restaurants, attractions and other similar activities or services, including all related conveyances, products or facilities, are made solely for Passenger's convenience and are at Passenger's risk. The providers, owners and operators of such services, conveyances, products and facilities are independent contractors and are not acting as agents or representatives of Carrier. Even though Carrier may collect a fee for, or otherwise profit from, making such arrangements and offers for sale shore excursions, tours, hotels, restaurants, attractions, the Land Tour and other similar activities or services taking place off the Vessel for a profit, it does not undertake to supervise or control such independent contractors or their employees, nor maintain their conveyances or facilities, and makes no representation, whether express or implied, regarding their suitability or safety. In no event shall Carrier be liable for any loss, delay, disappointment, damage, injury, death or other harm whatsoever to Passenger which occurs on or off the Vessel or the Transport as a result of any acts, omissions or negligence of any independent contractors.

**6. CANCELLATION, DEVIATION OR SUBSTITUTION BY CARRIER:**
a. Carrier may for any reason at any time and without prior notice, cancel, advance, postpone or deviate from any scheduled sailing, port of call, destination, lodging or any activity on or off the Vessel, or substitute another vessel or port of call, destination, lodging or activity. Except as provided in Section 6(e) below, Carrier shall not be liable for any claim whatsoever by Passenger, including but not limited to loss, compensation or refund, by reason of such cancellation, advancement, postponement, substitution or deviation.
b. In connection with a CruiseTour, Carrier has the same right to cancel, advance, postpone or deviate from any scheduled activity, departure or destination, or substitute another railcar, bus, destination or lodging or other component of the CruiseTour. Except as provided in Section 6(e) below, Carrier shall not be liable for any claim by Passenger whatsoever, including but not limited to loss, compensation or refund, by reason of such cancellation, advancement, postponement, substitution or deviation.
c. By way of example, and not limitation, Carrier may, without liability (except as provided in Section 6(e) with respect to mechanical failures only), deviate from any scheduled sailing and may otherwise land Passenger and her property at any port if Carrier believes that the voyage or any Passenger or property may be hindered or adversely affected as a result of hostilities, blockages, prevailing weather conditions, labor conflicts, strikes onboard or ashore, breakdown of Vessel, congestion, docking difficulties, medical or life saving emergencies or any other cause whatsoever.
d. Carrier shall have the right to comply with any orders, recommendations, or directions whatsoever given by any governmental entity or by persons purporting to act with such authority and such compliance shall not be deemed a breach of this Agreement entitling the Passenger to assert any claim for liability, compensation or refund.
e. In the event that a Cruise (or the cruise component of a CruiseTour) is canceled or terminated early due to mechanical failures:
i) Passenger shall have a right to a full refund of the Cruise Fare if the Cruise is canceled in full, or a partial refund if the cruise is terminated early;
ii) Passenger may cover or reimburse Passenger for additional costs (e.g. airline change fees) as deemed appropriate by the Carrier.
iii) If the passenger has travelled to the Vessel Passenger shall have a right to transportation (by means selected by the Carrier to the Vessel's scheduled port of disembarkation or the Passenger's home city; and
iv) Passenger shall have a right to lodging (selected by the Cruise Line) if disembarkation and an overnight stay in an unscheduled port are required due to the Cruise or cruise component of a CruiseTour being cancelled or terminated early because of such mechanical failures.

**7. CANCELLATION OR EARLY DSISEMBARKATION BY PASSENGER**
Cancellation of Cruise or CruiseTour. Cruises that are cancelled prior to the sail date, and CruiseTours that are cancelled prior to the first day of the CruiseTour, may be subject to a cancellation charge. The amount of the cancellation charge shall be determined as shown in the table below and shall vary depending on how far in advance of the sail date (or first day of the CruiseTour) the Operator receives notice of cancellation. The table applies to Holiday Sailings as well.)

| FOR 1 TO 4 NIGHT CRUISES IF CANCELLATION IS MADE | FOR 5 NIGHT OR LONGER CRUISES IF CANCELLATION IS MADE | CANCELLATION CHARGE |
|---|---|---|
| 75 days or more | 90 days or more | No charge |
| 74 to 57 days | 89 to 57 days | Deposit amount |
| 56 to 29 days | 56 to 29 days | 50% of total price |
| 28 to 15 days | 28 to 15 days | 75% of total price |
| 14 days or less | 14 days or less | No refund |

In the event of a cancellation of a Cruise or CruiseTour, any applicable Taxes/Fees or Fuel Supplement charges shall be refunded.  For bookings made outside of the United States and Canada, a different cancellation policy may apply. Contact your local office or travel agency for details.

Cancellation notices are effective when received by the Operator.

For Passengers who have booked a CruiseTour and desire to cancel their tour portion while retaining the Cruise, refunds of the CruiseTour Fare (including any applicable supplement charges) shall be made in accordance with the following cancellation policy. Guests who convert their CruiseTours to a cruise only booking within forty-two (42) days of the start date of the tour segment of the CruiseTour will be subject to a cancellation charge. The amount of that charge varies depending on the location of the CruiseTour and/or its length. For the specific amount of the charge, visit www.RoyalCaribbean.com/cancellationpolicy.

The cancellation charge policies set forth above vary for single occupancy or for the third, fourth or higher occupants in a stateroom or for groups. Consult your travel agency or call Royal Caribbean for further details.

Cancellation by the Passenger after the Cruise or CruiseTour has begun, early disembarkation of the Passenger for any reason, including pursuant to any provision of this Ticket Contract, or "no-shows" shall be without refund, compensation, or liability on the part of the Carrier whatsoever.

If Carrier received payment via credit card, the refund will be made to that credit card. If Carrier received payment from your travel agent, the refund will be provided back to that travel agent.

Carrier reserves the right to offer promotional cruise fares or other offers that may modify the cancellation policies set forth above.

For cancellations of air flights, hotel stays, transfer services, shore excursions, pre-purchased amenities, Royal Caribbean Travel Protection Program¨, pre-booked services (such as spa, photography or wedding services) and pre-booked arrangements such as specialty dining, see the applicable terms and conditions for any applicable cancellation charges.

**8. PASSENGER'S OBLIGATION TO COMPLY WITH AGREEMENT, APPLICABLE LAWS, AND RULES OF CARRIER; QUARANTINE; INDEMNIFICATION:**
a. Compliance Obligation Generally. Passenger shall at all times comply with the provisions of this Agreement, all applicable laws, and rules, policies and regulations of the Carrier, the Vessel and the Transport (as the same may be changed from time to time with or without notice). Passenger agrees not to enter any areas of the vessel designated for crew only, including crew quarters, under any circumstances whatsoever. Passenger further agrees that Carrier may prohibit or restrict Passenger from bringing any alcoholic beverages for consumption onboard the Vessel and agrees to comply with any Carrier policy covering such matters. Nothing in this Agreement shall grant to Passenger any right to market, advertise, promote, provide or sell products or services to other guests onboard the Cruise or CruiseTour and Passenger shall be prohibited from doing so.
b. Passengers are solely responsible to maintain in their possession all passports, visas and other travel documents required for embarkation, travel and disembarkation at all ports of call. Passengers assume full responsibility to determine through their travel agent or the appropriate government authority the necessary documents. Passenger agrees to provide to Carrier (at Carrier's reasonable request) any travel documents. Carrier shall return such travel documents to Passenger by no later than the end of the Cruise.
c. Passenger understands and agrees that Carrier has a zero tolerance policy for illegal activity and shall report such activity to the appropriate authorities.
d. Each adult Passenger undertakes and agrees to supervise at all times any accompanying minors to ensure compliance with the provisions of this Section 8.
e. Carrier may also change accommodations, alter or cancel any activities of, deny service of alcohol to, confine to a stateroom or quarantine, search the stateroom, property or baggage of any Passenger, change a Passenger's Land Tour, disembark or refuse to embark the Passenger and/or any Passenger responsible for any minor Passenger, or restrain any Passenger at any time, without liability, at the risk and expense of the Passenger, when in the sole opinion of Carrier or Captain the

Passenger's conduct or presence, or that of any minor for whom the Passenger is responsible, is believed to present a possible danger, security risk or be detrimental to himself or the health, welfare, comfort or enjoyment of others, or is in violation of any provision of this Agreement.

f. Passenger, or if a minor, his parent or guardian, shall be liable for and indemnify Carrier, the Vessel and the Transport from any civil liability, fines, penalties, costs or expenses incurred by or imposed on the Vessel, the Transport or Carrier arising from or related to Passenger's conduct or failure to comply with any provisions of this Section 8, including but not limited to: (i) any purchases by or credit extended to the Passenger; (ii) requirements relating to immigration, customs or excise; or (iii) any personal injury, death or damage to persons or property caused directly or indirectly, in whole or in part, by any willful or negligent act or omission on the part of the Passenger.

g. Carrier shall not be required to refund any portion of the Cruise or CruiseTour Fare paid by any Passenger who fails for any reason to be onboard the Vessel or Transport by the embarkation cut-off time applicable to the specific Cruise or CruiseTour or the boarding cut-off time applicable at any port of call or destination or point of departure as the case may be, and shall not be responsible for lodging, meals, transportation or other expenses incurred by Passenger as a result thereof. Embarkation cut-off times for cruises are available at www. RoyalCaribbean.com. Boarding cut-off times for any port of call or destination or point of departure are as announced on the applicable Cruise or Cruise Tour. Carrier shall have no obligation to any Passenger to deviate from any scheduled sailing or port of call or destination.

h. Passenger acknowledges that for certain voyages, such as a round-trip voyage commencing in a United States port, the Passenger must complete the entire voyage and that failure to do so may result in a fine or other penalty being assessed by one or more governmental agencies. Passenger hereby agrees to pay any such fine or penalty imposed because Passenger failed to complete the entire voyage and to reimburse Carrier in the event it pays such fine or penalty.

i. Carrier may refuse to transport any Passenger, and may remove any Passenger from the Vessel or Transport at any time, for any of the following reasons: (i) whenever such action is necessary to comply with any government regulations, directives or instructions; (ii) when a Passenger refuses to permit search of his person or property for explosives, weapons, dangerous materials or other stolen, illegal or prohibited items; (iii) when a Passenger refuses upon request to produce positive identification; or (iv) for failure to comply with Carrier's rules and procedures, including, for example, Carrier's Guest Conduct Policy or Carrier's policies against fraternization with crew; or (v) Guest's passage is denied by Carrier pursuant to its Refusal to Transport policy. Carrier's Guest Conduct Policy and Refusal to Transport policy are available online at http://www.royalcaribbean.com/content/en_US/pdf/Guest_Conduct_Policy.pdf and http://www.royalcaribbean.com/content/en_US/pdf/Refusal_To_Transport.pdf.

j. In the interests of safety and security, Passengers and their baggage are subject to inspection or monitoring electronically with or without the Passenger's consent or knowledge.

k. If Carrier exercises its rights under this Section 8, Passenger shall have no claim against Carrier whatsoever and Carrier shall have no liability for refund, compensation loss or damages of Passenger, including but not limited to any expenses incurred by Passenger for accommodations or repatriation.

**9. FORUM SELECTION CLAUSE FOR ALL LAWSUITS; CLASS ACTION WAIVER:**
a. EXCEPT AS PROVIDED IN SECTION 10 (b) WITH REGARD TO CLAIMS OTHER THAN FOR PERSONAL INJURY, ILLNESS OR DEATH OF A PASSENGER , IT IS AGREED BY AND BETWEEN PASSENGER AND CARRIER THAT ALL DISPUTES AND MATTERS WHATSOEVER ARISING UNDER, IN CONNECTION WITH OR INCIDENT TO THIS AGREEMENT, PASSENGER'S CRUISE, CRUISETOUR, LAND TOUR OR TRANSPORT, SHALL BE LITIGATED, IF AT ALL, IN AND BEFORE THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA LOCATED IN MIAMI-DADE COUNTY, FLORIDA, U.S.A., (OR AS TO THOSE LAWSUITS TO WHICH THE FEDERAL COURTS OF THE UNITED STATES LACK SUBJECT MATTER JURISDICTION, BEFORE A COURT LOCATED IN MIAMI-DADE COUNTY, FLORIDA, U.S.A.) TO THE EXCLUSION OF THE COURTS OF ANY OTHER STATE, TERRITORY OR COUNTRY. PASSENGER HEREBY CONSENTS TO JURISDICTION AND WAIVES ANY VENUE OR OTHER OBJECTION THAT HE MAY HAVE TO ANY SUCH ACTION OR PROCEEDING BEING BROUGHT IN THE APPLICABLE COURT LOCATED IN MIAMI-DADE COUNTY, FLORIDA.
b. CLASS ACTION RELIEF WAIVER. PASSENGER HEREBY AGREES THAT EXCEPT AS PROVIDED IN THE LAST SENTENCE OF THIS PARAGRAPH, PASSENGER MAY BRING CLAIMS AGAINST CARRIER ONLY IN PASSENGER'S INDIVIDUAL CAPACITY. EVEN IF THE APPLICABLE LAW PROVIDES OTHERWISE, PASSENGER AGREES THAT ANY ARBITRATION OR LAWSUIT AGAINST CARRIER, VESSEL OR TRANSPORT WHATSOEVER SHALL BE LITIGATED BY PASSENGER INDIVIDUALLY AND NOT AS A MEMBER OF ANY CLASS OR AS PART OF A CLASS OR REPRESENTATIVE ACTION, AND PASSENGER EXPRESSLY AGREES TO WAIVE ANY LAW ENTITLING PASSENGER TO PARTICIPATE IN A CLASS ACTION. IF YOUR CLAIM IS SUBJECT TO ARBITRATION AS PROVIDED IN SECTION 10 BELOW, THE ARBITRATOR SHALL HAVE NO AUTHORITY TO ARBITRATE CLAIMS ON A CLASS ACTION BASIS. YOU AGREE THAT THIS SECTION SHALL NOT BE SEVERABLE UNDER ANY CIRCUMSTANCES FROM THE ARBITRATION CLAUSE SET FORTH IN SECTION 10.b BELOW, AND IF FOR ANY REASON THIS CLASS ACTION WAIVER IS UNENFORCEABLE AS TO ANY PARTICULAR CLAIM, THEN

AND ONLY THEN SUCH CLAIM SHALL NOT BE SUBJECT TO ARBITRATION.

**10. NOTICE OF CLAIMS AND COMMENCEMENT OF SUIT OR ARBITRATION; SECURITY:**
a. TIME LIMITS FOR PERSONAL INJURY/ILLNESS/DEATH CLAIMS: NO SUIT SHALL BE MAINTAINABLE AGAINST CARRIER, THE VESSEL OR THE TRANSPORT FOR PERSONAL INJURY, ILLNESS OR DEATH OF ANY PASSENGER UNLESS WRITTEN NOTICE OF THE CLAIM, WITH FULL PARTICULARS, SHALL BE DELIVERED TO CARRIER AT THE FOLLOWING ADDRESS, C/O ROYAL CARIBBEAN CRUISES LTD., 1050 CARIBBEAN WAY, MIAMI, FL 33132, WITHIN SIX (6) MONTHS FROM THE DATE OF THE INJURY, ILLNESS OR DEATH AND SUIT IS COMMENCED (FILED) WITHIN ONE (1) YEAR FROM THE DATE OF SUCH INJURY, ILLNESS OR DEATH AND PROCESS SERVED WITHIN 120 DAYS AFTER FILING, NOTWITHSTANDING ANY PROVISION OF LAW OF ANY STATE OR COUNTRY TO THE CONTRARY.
b. ARBITRATION OF ALL OTHER CLAIMS: ANY AND ALL OTHER DISPUTES, CLAIMS, OR CONTROVERSIES WHATSOEVER, EXCEPT FOR PERSONAL INJURY, ILLNESS OR DEATH OF A PASSENGER WHETHER BASED ON CONTRACT, TORT, STATUTORY, CONSTITUTIONAL OR OTHER LEGAL RIGHTS, INCLUDING BUT NOT LIMITED TO ALLEGED VIOLATION OF CIVIL RIGHTS, DISCRIMINATION, CONSUMER OR PRIVACY LAWS, OR FOR ANY LOSSES, DAMAGES OR EXPENSES, RELATING TO OR IN ANY WAY ARISING OUT OF OR CONNECTED WITH THIS CONTRACT OR PASSENGER'S CRUISE, NO MATTER HOW DESCRIBED, PLEADED OR STYLED, SHALL BE REFERRED TO AND RESOLVED EXCLUSIVELY BY BINDING ARBITRATION PURSUANT TO THE UNITED NATIONS CONVENTION ON THE RECOGNITION AND ENFORCEMENT OF FOREIGN ARBITRAL AWARDS (NEW YORK 1958), 21 U.S.T. 2517, 330 U.N.T.S. 3, 1970 U.S.T. LEXIS 115, 9 U.S.C. §§ 202-208 ("THE CONVENTION") AND THE FEDERAL ARBITRATION ACT, 9 U.S.C. §§ 1, ET SEQ., ("FAA") SOLELY IN MIAMI, FLORIDA, U.S.A. TO THE EXCLUSION OF ANY OTHER FORUM. THE ARBITRATION SHALL BE ADMINISTERED BY NATIONAL ARBITRATION AND MEDIATION ("NAM") UNDER ITS COMPREHENSIVE DISPUTE RESOLUTION RULES AND PROCEDURES AND NAM'S FEE SCHEDULE IN EFFECT AT THE TIME OF THE PROCEDURE, EACH OF WHICH ARE DEEMED TO BE INCORPORATED HEREIN BY REFERENCE. ANY QUESTION ABOUT THE ARBITRATION ADMINISTRATORS MENTIONED ABOVE MAY BE DIRECTED TO THEM AS FOLLOWS: NATIONAL ARBITRATION AND MEDIATION, INC., 990 STEWART AVE, 1ST FL., GARDEN CITY, NY 11530, PHONE: (800) 358-2550 EXT. 128.. NEITHER PARTY WILL HAVE THE RIGHT TO A JURY TRIAL NOR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED IN THE APPLICABLE ARBITRATION RULES AND HEREIN, OR OTHERWISE TO LITIGATE THE CLAIM IN ANY COURT. THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. OTHER RIGHTS THAT PASSENGER OR CARRIER WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE IN ARBITRATION. AN AWARD RENDERED BY AN ARBITRATOR MAY BE ENTERED IN ANY COURT HAVING JURISDICTION UNDER THE CONVENTION OR FAA. PASSENGER AND CARRIER FURTHER AGREE TO PERMIT THE TAKING OF A DEPOSITION UNDER OATH OF THE PASSENGER ASSERTING THE CLAIM, OR FOR WHOSE BENEFIT THE CLAIM IS ASSERTED, IN ANY SUCH ARBITRATION. THE ARBITRATOR AND NOT ANY FEDERAL, STATE OR LOCAL COURT OR AGENCY, SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY DISPUTE RELATING TO THE INTERPRETATION, APPLICABILITY, ENFORCEABILITY OR FORMATION OF THIS AGREEMENT INCLUDING, BUT NOT LIMITED TO ANY CLAIM THAT ALL OR ANY PART OF THIS AGREEMENT IS VOID OR VOIDABLE. IN THE EVENT THIS PROVISION IS DEEMED UNENFORCEABLE BY AN ARBITRATOR OR COURT OF COMPETENT JURISDICTION FOR ANY REASON, THEN AND ONLY THEN THE PROVISIONS OF SECTION 9 ABOVE GOVERNING VENUE AND JURISDICTION SHALL EXCLUSIVELY APPLY TO ANY LAWSUIT INVOLVING CLAIMS DESCRIBED IN THIS SECTION 10(b).
c. TIME LIMITS FOR NON-INJURY/ILLNESS OR DEATH CLAIMS: NO PROCEEDING DESCRIBED IN SECTION 10(b) MAY BE BROUGHT AGAINST CARRIER, VESSEL OR TRANSPORT UNLESS WRITTEN NOTICE OF THE CLAIM, WITH FULL PARTICULARS, SHALL BE DELIVERED TO CARRIER AT THE FOLLOWING ADDRESS, C/O ROYAL CARIBBEAN CRUISES LTD., 1050 CARIBBEAN WAY, MIAMI, FL 33132, WITHIN THIRTY (30) DAYS AFTER TERMINATION OF THE CRUISE OR CRUISETOUR (WHICHEVER IS LATER) TO WHICH THIS TICKET CONTRACT RELATES. IN NO EVENT SHALL ANY SUCH PROCEEDING DESCRIBED IN SECTION 10(b) BE MAINTAINABLE UNLESS SUCH PROCEEDING SHALL BE COMMENCED (FILED) WITHIN SIX (6) MONTHS AFTER THE TERMINATION OF THE CRUISE OR CRUISETOUR (WHICHEVER IS LATER) TO WHICH THIS TICKET CONTRACT RELATES AND VALID NOTICE OR SERVICE OF SUCH PROCEEDING IS EFFECTED WITHIN SIXTY (60) DAYS AFTER FILING, NOTWITHSTANDING ANY PROVISION OF LAW OF ANY STATE OR COUNTRY TO THE CONTRARY.
d. IN THE EVENT OF AN IN REM PROCEEDING AGAINST THE VESSEL, PASSENGER HEREBY IRREVOCABLY AGREES THAT THE POSTING OF A LETTER OF UNDERTAKING FROM ANY OF CARRIER'S INSURERS SHALL CONSTITUTE AN ADEQUATE AND APPROPRIATE FORM OF SECURITY FOR THE IMMEDIATE RELEASE OF THE VESSEL IN LIEU OF ARREST.

**11. LIMITATIONS OF LIABILITY:**
a. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN ARTICLE 6 (e), CARRIER SHALL NOT BE LIABLE FOR INJURY, DEATH, ILLNESS, DAMAGE, DELAY OR OTHER LOSS TO PERSON OR PROPERTY, OR ANY OTHER CLAIM BY ANY PASSENGER CAUSED BY ACT OF GOD, WAR, TERRORISM, CIVIL COMMOTION, LABOR TROUBLE, GOVERNMENT INTERFERENCE, PERILS OF THE SEA, FIRE, THEFTS OR ANY OTHER CAUSE BEYOND CARRIER'S REASONABLE CONTROL, OR ANY ACT NOT SHOWN TO BE CAUSED BY CARRIER'S NEGLIGENCE.

**Cruise/Cruisetour Ticket Contract continued**

b. PASSENGER AGREES TO SOLELY ASSUME THE RISK OF INJURY, DEATH, ILLNESS OR OTHER LOSS, AND CARRIER IS NOT RESPONSIBLE FOR PASSENGER'S USE OF ANY ATHLETIC OR RECREATIONAL EQUIPMENT; OR FOR THE NEGLIGENCE OR WRONGDOING OF ANY INDEPENDENT CONTRACTORS, INCLUDING BUT NOT LIMITED TO PHOTOGRAPHERS, SPA PERSONNEL OR ENTERTAINERS; OR FOR EVENTS TAKING PLACE OFF THE CARRIER'S VESSELS, LAUNCHES OR TRANSPORTS, OR AS PART OF ANY SHORE EXCURSION, TOUR OR ACTIVITY.

c. CARRIER HEREBY DISCLAIMS ALL LIABILITY TO THE PASSENGER FOR DAMAGES FOR EMOTIONAL DISTRESS, MENTAL SUFFERING OR PSYCHOLOGICAL INJURY OF ANY KIND UNDER ANY CIRCUMSTANCES, WHEN SUCH DAMAGES WERE NEITHER THE RESULT OF A PHYSICAL INJURY TO THE PASSENGER, NOR THE RESULT OF PASSENGER HAVING BEEN AT ACTUAL RISK OF PHYSICAL INJURY, NOR WERE INTENTIONALLY INFLICTED BY THE CARRIER. WITHOUT LIMITING THE PRECEDING SENTENCE, IN NO EVENT WILL CARRIER BE LIABLE TO PASSENGER FOR ANY CONSEQUENTIAL, INCIDENTAL, EXEMPLARY OR PUNITIVE DAMAGES.

d. ON CRUISES WHICH DO NOT EMBARK, DISEMBARK OR CALL AT ANY UNITED STATES PORT AND DO NOT EMBARK OR DISEMBARK AT ANY EUROPEAN UNION MEMBER STATE PORT,. CARRIER SHALL BE ENTITLED TO ANY AND ALL LIABILITY LIMITATIONS, IMMUNITIES AND RIGHTS APPLICABLE TO IT UNDER THE "ATHENS CONVENTION RELATING TO THE CARRIAGE OF PASSENGERS AND THEIR LUGGAGE BY SEA" OF 1974, AS WELL AS THE "PROTOCOL TO THE ATHENS CONVENTION RELATING TO THE CARRIAGE OF PASSENGERS AND THEIR LUGGAGE BY SEA" OF 1976 ("ATHENS CONVENTION"). THE ATHENS CONVENTION LIMITS THE CARRIER'S LIABILITY FOR DEATH OR PERSONAL INJURY TO A PASSENGER TO NO MORE THAN 46,666 SPECIAL DRAWING RIGHTS AS DEFINED THEREIN (APPROXIMATELY U.S. $64,500 AS OF FEBRUARY 26, 2015, WHICH AMOUNT FLUCTUATES, DEPENDING ON DAILY EXCHANGE RATE AS PRINTED IN THE WALL STREET JOURNAL). IN ADDITION, AND ON ALL OTHER CRUISES, ALL THE EXEMPTIONS FROM AND LIMITATIONS OF LIABILITY PROVIDED IN OR AUTHORIZED BY THE LAWS OF THE UNITED STATES (INCLUDING TITLE 46, UNITED STATES CODE SECTIONS 30501 THROUGH 30509 AND 30511) WILL APPLY.

e. ON CRUISES WHICH ARE BOOKED BY A PASSENGER IN A EUROPEAN UNION MEMBER STATE, OR WHICH EMBARK OR DISEMBARK IN A PORT LOCATED IN A EUROPEAN UNION MEMBER STATE, THE CARRIER SHALL BE ENTITLED TO THE BENEFIT OF ANY AND ALL RESTRICTIONS, EXEMPTIONS, IMMUNITIES, AND LIMITATIONS OF LIABILITY SET FORTH IN EUROPEAN UNION REGULATION 392/2009 ON THE LIABILITY OF CARRIERS TO PASSENGERS IN THE EVENT OF ACCIDENTS ("EU 392/2009"). EU 392/2009 LIMITS CARRIER'S LIABILITY AS FOLLOWS:

i. FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A "SHIPPING INCIDENT", CARRIER'S LIABILITY IS LIMITED TO 250,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $345,000) IF THE SHIPPING INCIDENT OCCURRED WITHOUT CARRIER'S FAULT OR NEGLECT; OTHERWISE CARRIER'S LIABILITY FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A SHIPPING INCIDENT IS LIMITED TO 400,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $553,000.)

ii. FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A NON "SHIPPING INCIDENT", CARRIER'S LIABILITY IS LIMITED TO 400,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $553,000), ASSUMING THAT THE PASSENGER PROVES THAT THE INCIDENT WAS THE RESULT OF CARRIER'S FAULT OR NEGLECT;

iii. FOR LOSS OR DAMAGE TO A PASSENGER'S CABIN LUGGAGE, THE CARRIER'S LIABILITY IS LIMITED TO 2250 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $3,111) PER PASSENGER; AND,

iv. THE CARRIER'S INSURANCE PROVIDER WILL NOT UNDER ANY CIRCUMSTANCES BE LIABLE FOR SUMS IN EXCESS OF 250,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $345,000) IN RESPECT OF DEATH AND/OR PERSONAL INJURY. THERE ARE LIMITED CIRCUMSTANCES IN WHICH THE CARRIER'S INSURANCE PROVIDER IS NOT REQUIRED TO MAKE A PAYMENT.

v. THE VALUE OF THE SDR FLUCTUATES DEPENDING ON DAILY EXCHANGE RATES AS PRINTED IN THE WALL STREET JOURNAL.

vi. THE TERM "SHIPPING INCIDENT" IS DEFINED IN EU 392/2009 AS FOLLOWS: "SHIPPING INCIDENT" FOR THE PURPOSES OF THIS REGULATION INCLUDE: SHIPWRECK, CAPSIZING, COLLISION OR STRANDING OF THE SHIP, EXPLOSION OR FIRE IN THE SHIP OR DEFECT IN THE SHIP BUT DOES INCLUDING ACTS OF WAR, HOSTILITIES, CIVIL WAR, INSURRECTION, NATURAL DISASTERS OR INTENTIONAL ACTS OR OMISSIONS OF THIRD PARTIES..

vii. PUNITIVE DAMAGES ARE EXCLUDED BY EU 392/2009 FOR CRUISES COVERED BY THIS SECTIONII.E.

viii. A copy of EU 392/2009 IS AVAILABLE AT www.eur-lex.europa.eu.

f. AS TO ALL OTHER CRUISES NOT DESCRIBED ABOVE IN SECTION 11.D or 11.E, ALL THE RESTRICTIONS, EXEMPTIONS FROM, AND LIMITATIONS OF LIABILITY PROVIDED IN, OR AUTHORIZED BY THE LAWS OF THE UNITED STATES SHALL APPLY, INCLUDING BUT NOT LIMITED TO, TITLE 46 OF THE UNITED STATES CODE §§ 30501 THROUGH 30509, AND 30511. EXCEPT AS OTHERWISE SET FORTH, THIS CONTRACT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE GENERAL MARITIME LAW OF THE UNITED STATES OF AMERICA.

**12. FITNESS TO TRAVEL; DENIAL OF BOARDING; MINORS:**

a. Passenger warrants that he and those traveling with him are fit for travel and that such travel will not endanger themselves or others.

b. Minors - Any Guest under the age of 18 shall be considered a minor and must

travel with a parent or Legal Guardian or such other person as may be permitted by Carrier's policies.

c. Minimum Age. No Guest under the age of 21 will consume any alcoholic beverages while on board the Vessel or Transport except as may be permitted by Carrier's policy. No Guest under the age of twenty-one (21) will be booked in a stateroom unless accompanied by an adult twenty-one (21) years of age or older, except for minors sailing with their parents or guardians in adjacent staterooms, or for under-aged married couples (proof of marriage is required) or except as otherwise permitted by Carrier's policy. Carrier reserves the right to request proof of age at any time and Passenger's age on the date of sailing determines his or her status for the entire cruise vacation.

d. Pregnancy and Infants - Any Passenger who will enter the 24th week of pregnancy by the beginning of, or at any time during their cruise or CruiseTour agrees not to book the cruise or board the Vessel or Transport under any circumstances. No infants under a specific age (at least six (6) months for most cruises but twelve (12) months for other cruises) shall be booked on a cruise or CruiseTour, nor brought onboard the Vessel or Transport by any Passenger under any circumstances. The most current minimum age requirements are available online at www.RoyalCaribbean.com.

e. Special Needs. Any Passenger with mobility, communication or other impairments, or other special or medical needs that may require medical care or special accommodations during the cruise or CruiseTour, including but not limited to the use of any service animal, must notify the Carrier of any such condition at the time of booking. Passenger agrees to accept responsibility and reimburse Carrier for any loss, damage or expense whatsoever related to the presence of any service animal brought on board the Vessel or Transport. Passengers acknowledge and understand that certain international safety requirements, shipbuilding standards, and/or applicable regulations involving design, construction or operation of the Vessel may restrict access to facilities or activities for persons with mobility, communication or other impairments or special needs. Passengers requiring the use of a wheelchair must provide their own wheelchair (that must be of a size and type that can be accommodated on the Vessel) as wheelchairs carried on board are for emergency use only.

f. Carrier shall have the right to deny boarding for violations of any of the policies set forth in this Section 12. If Carrier exercises its rights under this Section 12, Passenger shall have no claim against Carrier whatsoever and Carrier shall have no liability for refund, compensation loss or damages of Passenger, including but not limited to any expenses incurred by Passenger for accommodations or repatriation.

g. Recreational water facilities. Our recreational water facilities do not have a lifeguard on duty. Children must be supervised by a parent or legal guardian at all times while in the pools, whirlpools and other recreational water feature areas.'

**13. USE OF PHOTOS, VIDEOS OR RECORDINGS:**

a. Guest hereby grants to Carrier (and its assignees and licensees) the exclusive right throughout the universe and in perpetuity to include photographic, video, audio and other visual or audio portrayals of Passenger taken during or in connection with the Cruise or CruiseTour (including any images, likenesses or voices) in any medium of any nature whatsoever (including the right to edit, combine with other materials or create any type of derivative thereof) for the purpose of trade, advertising, sales, publicity, promotional, training or otherwise, without compensation to the Guest. Such grant shall include the unrestricted right to copy, revise, distribute, display and sell photographs, images, films, tapes, drawings or recordings in any type of media (including but not limited to the Internet). Guest hereby agrees that all rights, title and interest therein (including all worldwide copyrights therein) shall be Carrier's sole property, free from any claims by Passenger or any person deriving any rights or interest from Passenger.

b. Guest hereby agrees that any recording (whether audio or video or otherwise) or photograph of Guest, other guests, crew or third parties onboard the Vessel or depicting the Vessel, its design, equipment or otherwise shall not be used for any commercial purpose, in any media broadcast or for any other nonprivate use without the express written consent of Operator. The Operator shall be entitled to take any reasonable measure to enforce this provision.

**14. YOUR TRAVEL AGENT:**

Passenger acknowledges and confirms that any travel agent utilized by Passenger in connection with the issuance of this Ticket Contract is, for all purposes, Passenger's agent and Carrier shall not be liable for any representation made by said travel agent. Passenger shall remain liable at all times to Carrier for the price of passage. Passenger understands and agrees that receipt of this Ticket Contract or any other information or notices by Passenger's travel agent shall be deemed receipt by the Passenger as of the date of receipt by the agent. Passenger acknowledges that Carrier is not responsible for the financial condition or integrity of any travel agent.

**15. SEVERABILITY:**

Any provision of this Agreement that is determined in any jurisdiction to be unenforceable for any reason shall be deemed severed from this Agreement in that jurisdiction only and all remaining provisions shall remain in full force and effect.

**16. TRANSFERS AND ASSIGNMENTS:**

This Ticket Contract may not be assigned, sold or otherwise transferred by the Passenger. Among other things, this means that the Passenger cannot sell or transfer this Ticket Contract to someone else, and Carrier shall not be liable to the Passenger or any other person in possession of a Ticket Contract for honoring

or refunding such Ticket Contract when presented by such other person.  The Carrier may assign, convey or transfer its rights in this Agreement to any parent, subsidiary or affiliate of the Carrier who is scheduled to operate the Vessel at the time of the Cruise.

**17. RELATIONSHIP TO OTHER PURCHASES:**
To the extent permitted or required by law, this Agreement also covers Carrier's Royal Caribbean Travel Protection Program™ products, shore excursions, land and hotel packages.

**18. OPERATOR:**
Royal Caribbean Cruises Ltd., 1050 Caribbean Way, Miami, Florida 33132

**19. SUPPLEMENT CHARGES:**
Operator reserves the right to impose a supplemental charge relating to unanticipated occurrences including, but not limited to, increases in the price of fuel. Any such supplement charges may apply, at Operator's sole discretion, to both existing and new bookings (regardless of whether such bookings have been paid in full). Such supplements are not included in the Cruise or CruiseTour Fare.

148008525 ROA030716



**Intentionally Left Blank**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Intentionally Left Blank**

Staple or tape here

C

Staple Here

ANTHEM

20OCT16
THU-BYE

6

704

RoyalCaribbean
INTERNATIONAL

# Luggage Tag Instructions

1. Be sure to attach any personal ID, such as a name tag to each piece of luggage before you leave home.

2. Do not pack valuables or your boarding documents in your checked luggage.

3. Make as many copies of this tag as you require, preferably in color.

4. Print your name in the section indicated.

5. In the order indicated, fold (do not cut) along the lines with the luggage tag print facing out (You should be able to read the ships name and see the company logo.)

6. After folding is completed, **staple twice** or tape the tag around the luggage handle in the areas indicated.

Fold – Do Not Cut

Fold – Do Not Cut

Guest Name:

704

6

ANTHEM

20OCT16
THU-BYE

Staple Here

C

Fold – Do Not Cut

Fold – Do Not Cut

Fold – Do Not Cut

Fold – Do Not Cut

Staple or tape here

VACATION PLANNER USA/000156393
14700 CARIBBEAN WAY
MIAMI , FL -
UNITED STATES

## Authorized Consent Information

### Content Information

| Content Id | Language | Version Id |
|---|---|---|
| 963 | ENG | 1 |
| 942 | ENG | 1 |
| 6850 | ENG | 2 |

### Grantor/Grantee Information

| Consent Id | Office | Brand | Ship | Sail Date | Grantor Booking | Grantor Guest | Grantee Booking | Grantee Guest | Last Name | First Name | Cabin | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86440064 | MIA | R | AN | 20Oct2016 | 1193177 | 915816985 | | | Disler | David | 9704 | 17Oct2016 10:45AM |
| 86440065 | MIA | R | AN | 20Oct2016 | 1193177 | | | 915816993 | Weber | Kurt | 9704 | 17Oct2016 10:45AM |

# Cruise/Cruisetour Ticket Contract

**IMPORTANT NOTICE TO GUESTS**
YOUR CRUISE/CRUISETOUR TICKET CONTRACT CONTAINS IMPORTANT LIMITATIONS ON THE RIGHTS OF PASSENGERS. IT IS IMPORTANT THAT YOU CAREFULLY READ ALL TERMS OF THIS CONTRACT, PAYING PARTICULAR ATTENTION TO SECTION 3 AND SECTIONS 9 THROUGH 11, WHICH LIMIT OUR LIABILITY AND YOUR RIGHT TO SUE, AND RETAIN IT FOR FUTURE REFERENCE.

THIS AGREEMENT REQUIRES THE USE OF ARBITRATION FOR CERTAIN DISPUTES AND WAIVES ANY RIGHT TO TRIAL BY JURY TO RESOLVE THOSE DISPUTES. PLEASE READ SECTION 10 BELOW.

**1. INTRODUCTION:**
This Cruise/CruiseTour Ticket Contract (the 'Ticket Contract') describes the terms and conditions that will apply to the relationship between the Passenger (as defined in Section 2.f below) and the Carrier (as defined in Section 2.b below) for the Vessel with respect to the Cruise or CruiseTour covered by this Agreement. Except as otherwise expressly provided herein, this Agreement supersedes any other written or oral representations or agreements relating to the subject matter of this Agreement or the Cruise or the CruiseTour but excluding the terms of the Cruise Lines International Association ("CLIA") Passenger Bill of Rights that the Vessel's Operator has adopted as a requirement of being a member of CLIA. In the event of a direct conflict between a provision of this Ticket Contract and a provision of the CLIA Passenger Bill of Rights in effect at the time of booking (the "CLIA Passenger Bill of Rights"), the CLIA Passenger Bill of Rights controls.

Purchase or use of this Ticket Contract, whether or not signed by the Passenger, shall constitute the agreement by Passenger, on behalf of himself and all other persons traveling under this Ticket Contract (including any accompanying minors or other persons for whom the Ticket Contract was purchased), to be bound by the terms and conditions of this Ticket Contract. This Ticket Contract cannot be modified except in a writing signed by a corporate officer of Operator. In addition, Guest acknowledges the availability of and Guest agrees to abide by the terms and conditions, including but not limited to certain payment terms such as minimum deposit requirements and payment due dates, which appear in the applicable Carrier brochure or online at www.RoyalCaribbean.com. In the event of any conflict between such other brochure or website materials and this Ticket Contract, the terms of this Ticket Contract shall prevail.

**2. DEFINITIONS:**
a. 'Agreement' or 'Contract' means the terms and conditions set forth in this Ticket Contract together with the Cruise or CruiseTour Fare due for Your Cruise or CruiseTour. Together, the items described in the preceding sentence shall constitute an agreement between Passenger and Operator for the Cruise or CruiseTour.
b. 'Carrier' shall include: (i) the Vessel, or any substituted ship; (ii) the Vessel's Operator; and (iii) with respect to the Land Tour portion of any CruiseTour, the operator of that Land Tour ('LTO') together with the owners, managers, charterers, affiliates, successors and assigns of the entities identified in subsections (i), (ii) and (iii) of this sentence. Carrier also shall include the officers, directors, employees, agents, crew or pilots of the entities identified in the preceding sentence. The exclusions or limitations of liability of Carrier set forth in the provisions of this Ticket Contract, as well as all rights, defenses or immunities set forth herein, shall also apply to and be for the benefit of agents, independent contractors, concessionaires and suppliers of Carrier, as well as owners and operators of all shoreside properties at which the Vessel or the Transport may call, as well as owners, designers, installers, suppliers and manufacturers of the Vessel or Transport, or any component parts of either, together with the employees and servants of each of the foregoing, and/or any launches, craft or facilities of any kind belonging to or provided by any of the entities identified in this paragraph.
c. 'Cruise' means the specific cruise covered by this document, as the same may be modified and shall include those periods during which the Guest is embarking or disembarking the Vessel and those periods when the Guest is on land while the Vessel is in port.
d. 'Cruise Fare" or "CruiseTour Fare" includes the amount due for the Cruise or Cruise Tour, whether such amounts are owing and/or have been paid by the Passenger, but does not include amounts due for other products or services such as air transportation, photographs, gratuities, telephone calls, or medical services which can be purchased separately, nor does it include government or quasi-governmental taxes and fees, whether assessed on a per passenger, per vessel, per berth or per ton basis, nor any fuel surcharges, security surcharges or similar assessments made by airlines, trains, buses, hotels or other third parties which are subject to change and are due and payable by Passenger upon request. For CruiseTours that include air travel, airfare is included in the CruiseTour Fare.
e. 'CruiseTour' shall mean the combined vacation package officially published and offered by Carrier, which includes the applicable cruise and associated Land Tour.
f. 'Operator' means the entity identified in Section 18 below.
g. 'Passenger' or 'Guest' or 'Your' means all persons traveling under this Ticket Contract and persons in their care, together with their respective heirs and representatives. 'Passenger' shall include the plural and the use of the masculine shall include the feminine.
h. 'Land Tour' shall mean the land tour component of a CruiseTour to be provided either prior to the initial embarkation on the cruise or after the final debarkation from the cruise.
i. 'Transport' means the railcars, buses and other modes of transportation or accommodation provided by a LTO in connection with a Land Tour.
j. 'Vessel' means the ship owned or chartered or operated by Operator on which Passenger may be traveling or against which Passenger may assert a claim, as well as any substituted ship used in the performance of this Ticket Contract.

**3. BAGGAGE, PROPERTY AND LIMITATIONS OF LIABILITY:**
a. Baggage Limits and Prohibited Items. Each adult Passenger is permitted to carry onboard the Vessel or check-in only the wearing apparel and personal effects reasonably necessary for the cruise, including suitcases, trunks, valises, satchels, bags, hangers containing clothing, toiletries and similar items. In no event shall any Passenger bring on board the Vessel or check-in, or in connection with the Land Tour, any illegal controlled substances, fireworks, live animals (except under the terms of Section 12.d below), weapons, firearms, explosives or other hazardous materials, or any other items prohibited by applicable law or Carrier policy. Carrier reserves the right to refuse to permit any Passenger to take on board the Vessel or on any mode of Transport any item Carrier deems inappropriate.
b. Liability for Loss of or Damage to Baggage. Unless negligent, Carrier is neither responsible nor liable for any loss of or damage to Passenger's property, whether contained in luggage or otherwise. Liability for loss of or damage to Passenger's property in connection with any air or ground transportation shall be the sole responsibility of the provider of the service and in accordance with applicable limitations.
c. Limitation of Liability for Lost or Damaged Property. Notwithstanding any other provision of law or this Agreement, Carrier's liability for loss or damage to property

during the Land Tour portion of a CruiseTour is limited to $300.00 per Passenger. Notwithstanding any other provision of law or this Agreement, Carrier's liability for loss or damage to property for the cruise (or for the cruise only portion of a CruiseTour) shall be limited to $300.00 per Passenger, unless Passenger declares the true value of such property in writing to the Carrier at the address specified in Section 10.a below and pays Carrier within 10 days of final payment for the cruise, a fee of five percent (5%) of the amount that such value exceeds $300.00. In such event, Carrier's liability shall be limited to its true declared value, but not exceeding $5,000.
d. Limited Carriage. Carrier does not undertake to carry as baggage any tools of trade, household goods (including but not limited to appliances and furniture)fragile or valuable items, precious metals, jewelry, documents, negotiable instruments or other valuables, including but not limited to those specified in Title 46 of the United States Code, Appendix Section 181. Each Passenger warrants that no such item will be presented to Carrier within any receptacle or container as baggage, and hereby releases Carrier from any liability whatsoever for loss of or damage to such items whatsoever for its transport or in breach of this warranty. In no event shall Carrier be liable for normal wear or tear of luggage or property, or loss of or damage to jewelry, cash, negotiable paper, photographic/electronic, medical or recreational equipment, dental hardware, eyewear, medications or other valuables unless they are deposited with Carrier on the Vessel for safekeeping against receipt (LTOs do not accept valuables for deposit). Carrier's liability, if any, for loss of or damage to valuables so deposited shall not exceed the amounts indicated in Section 3.c above.

**4. MEDICAL CARE AND OTHER PERSONAL SERVICES:**
a. Availability of Medical Care. Due to the nature of travel by sea and the ports visited, the availability of medical care onboard the Vessel and in ports of call may be limited or delayed and medical evacuation may not be possible from the Vessel while at sea or from every location to which the Vessel sails.
b. Relationship with Service Providers. To the extent Passengers retain the services of medical personnel or independent contractors on or off the Vessel, Passengers do so at their sole risk. Any medical personnel attending to a Passenger on or off the Vessel, if arranged by Carrier, are provided solely for the convenience of the Passenger, work directly for the Passenger, and shall not be deemed to be acting under the control or supervision of the Carrier, as Carrier is not a medical provider. Likewise, any onboard concessions (including but not limited to the gift shops, spas, beauty salon, art program, photography, formalwear concessions) are either operated by or are independent contractors on board the Vessel, on Transport or elsewhere and are provided solely for the convenience of Passenger. Even though the Carrier shall be entitled to charge a fee and earn a profit for arranging such services, all such persons or entities shall be deemed independent contractors and not acting as agents or representatives of Carrier. Carrier assumes no liability whatsoever for any treatment, failure to treat, diagnosis, misdiagnosis, actual or alleged malpractice, advice, examination or other services provided by such persons or entities. Guest acknowledges that the Vessel's hair dresser, manicurist, art auctioneer, gift shop personnel, spa personnel, wedding planners and other providers of merchandise and personal services are employees of independent contractors and that Carrier is not responsible for their actions.
c. Payment for Medical or Personal Care Services. Passenger shall pay for all medical care or other personal services requested or required, whether onboard or ashore, including the cost of any emergency medical care or transportation incurred by Carrier and any costs associated with the provision of medical services as provided in the CLIA Passenger Bill of Rights. If Passenger is unable to pay and the Carrier pays for such expenses, then Passenger shall reimburse Carrier for those expenses.

**5. SHORE EXCURSIONS, TOURS, FACILITIES OR OTHER TRANSPORTATION:**
All arrangements made for or by Passenger for transportation (other than on the Vessel) before, during or after the Cruise or CruiseTour of any kind whatsoever, as well as air arrangements, shore excursions, tours, hotels, restaurants, attractions and other similar activities or services, including all related conveyances, products or facilities, are made solely for Passenger's convenience and are at Passenger's risk. The providers, owners and operators of such services, conveyances, products and facilities are independent contractors and are not acting as agents or representatives of Carrier. Even though Carrier may collect a fee for, or otherwise profit from, making such arrangements and offers for sale shore excursions, tours, hotels, restaurants, attractions, the Land Tour and other similar activities or services taking place off the Vessel for a profit, it does not undertake to supervise or control such independent contractors or their employees, nor maintain their conveyances or facilities, and makes no representation, whether express or implied, regarding their suitability or safety. In no event shall Carrier be liable for any loss, delay, disappointment, damage, injury, death or other harm whatsoever to Passenger which occurs on or off the Vessel or the Transport as a result of any acts, omissions or negligence of any independent contractors.

**6. CANCELLATION, DEVIATION OR SUBSTITUTION BY CARRIER:**
a. Carrier may for any reason at any time and without prior notice, cancel, advance, postpone or deviate from any scheduled sailing, port of call, destination, lodging or any activity on or off the Vessel, or substitute another vessel or port of call, destination, lodging or activity. Except as provided in Section 6(e) below, Carrier shall not be liable for any claim whatsoever by Passenger, including but not limited to loss, compensation or refund, by reason of such cancellation, advancement, postponement, substitution or deviation.
b. In connection with a CruiseTour, Carrier has the same right to cancel, advance, postpone or deviate from any scheduled activity, departure or destination, or substitute another railcar, bus, destination or lodging or other component of the CruiseTour. Except as provided in Section 6(e) below, Carrier shall not be liable for any claim by Passenger whatsoever, including but not limited to loss, compensation or refund, by reason of such cancellation, advancement, postponement, substitution or deviation.
c. By way of example, and not limitation, Carrier may, without liability (except as provided in Section 6(e) with respect to mechanical failures only), deviate from any scheduled sailing and may otherwise land Passenger and her property at any port if Carrier believes that the voyage or any Passenger or property may be hindered or adversely affected as a result of hostilities, blockages, prevailing weather conditions, labor conflicts, strikes onboard or ashore, breakdown of Vessel, congestion, docking difficulties, medical or life saving emergencies or any other cause whatsoever.
d. Carrier shall have the right to comply with any orders, recommendations, or directions whatsoever given by any governmental entity or by persons purporting to act with such authority and such compliance shall not be deemed a breach of this Agreement entitling the Passenger to assert any claim for liability, compensation or refund.
e. In the event that a Cruise (or the cruise component of a CruiseTour) is canceled or terminated early due to mechanical failures:
i) Passenger shall have a right to a full refund of the Cruise Fare if the Cruise is canceled in full, or a partial refund if the cruise is terminated early;
ii) Carrier may cover or reimburse Passenger for additional costs (e.g. airline change fees) as deemed appropriate by the Carrier.
iii) If the passenger has travelled to the Vessel Passenger shall have a right to transportation (by means selected by the Carrier to the Vessel's scheduled port of disembarkation or the Passenger's home city; and
iv) Passenger shall have a right to lodging (selected by the Cruise Line) if disembarkation and an overnight stay in an unscheduled port are required due to the Cruise or cruise component of a CruiseTour being cancelled or terminated early because of such mechanical failures.

**7. CANCELLATION OR EARLY DSISEMBARKATION BY PASSENGER**
Cancellation of Cruise or CruiseTour. Cruises that are canceled prior to the sail date, and CruiseTours are cancelled prior to the first day of the CruiseTour, may be subject to a cancellation charge. The amount of the cancellation charge shall be determined as shown in the table below and shall vary depending on how far in advance of the sail date (or first day of the CruiseTour) the Operator receives notice of cancellation. The table applies to Holiday Sailings as well.)

| FOR 1 TO 4 NIGHT CRUISES IF CANCELLATION IS MADE | FOR 5 NIGHT OR LONGER CRUISES IF CANCELLATION IS MADE | CANCELLATION CHARGE |
|---|---|---|
| 75 days or more | 90 days or more | No charge |
| 74 to 57 days | 89 to 57 days | Deposit amount |
| 56 to 29 days | 56 to 29 days | 50% of total price |
| 28 to 15 days | 28 to 15 days | 75% of total price |
| 14 days or less | 14 days or less | No refund |

In the event of a cancellation of a Cruise or CruiseTour, any applicable Taxes/Fees or Fuel Supplement charges shall be refunded.  For bookings made outside of the United States and Canada, a different cancellation policy may apply. Contact your local office or travel agency for details.

Cancellation notices are effective when received by the Operator.

For Passengers who have booked a CruiseTour and desire to cancel their tour portion while retaining the Cruise, refunds of the CruiseTour Fare (including any applicable supplement charges) shall be made in accordance with the following cancellation policy. Guests who convert their CruiseTours to a cruise only booking within forty-two (42) days of the start date of the tour segment of the CruiseTour will be subject to a cancellation charge. The amount of that charge varies depending on the location of the CruiseTour and/or its length. For the specific amount of the charge, visit www.RoyalCaribbean.com/cancellationpolicy.

The cancellation charge policies set forth above vary for single occupancy or for the third, fourth or higher occupants in a stateroom or for groups. Consult your travel agency or call Royal Caribbean for further details.

Cancellation by the Passenger after the Cruise or CruiseTour has begun, early disembarkation of the Passenger for any reason, including pursuant to any provision of this Ticket Contract, or "no-shows" shall be without refund, compensation, or liability on the part of the Carrier whatsoever.

If Carrier received payment via credit card, the refund will be made to that credit card. If Carrier received payment from your travel agent, the refund will be provided back to that travel agent.

Carrier reserves the right to offer promotional cruise fares or other offers that may modify the cancellation policies set forth above.

For cancellations of air flights, hotel stays, transfer services, shore excursions, pre-purchased amenities, Royal Caribbean Travel Protection Program[SM], pre-booked services (such as spa, photography or wedding services) and pre-booked arrangements such as specialty dining, see the applicable terms and conditions for any applicable cancellation charges.

**8. PASSENGER'S OBLIGATION TO COMPLY WITH AGREEMENT, APPLICABLE LAWS, AND RULES OF CARRIER; QUARANTINE; INDEMNIFICATION:**
a. Compliance Obligation Generally. Passenger shall at all times comply with the provisions of this Agreement, all applicable laws, and rules, policies and regulations of the Carrier, the Vessel and the Transport (as the same may be changed from time to time with or without notice). Passenger agrees not to enter any areas of the vessel designated for crew only, including crew quarters, under any circumstances whatsoever. Passenger further agrees that Carrier may prohibit or restrict Passenger from bringing any alcoholic beverages for consumption onboard the Vessel and agrees to comply with any Carrier policy covering such matters. Nothing in this Agreement shall grant to Passenger any right to market, advertise, promote, provide or sell products or services to other guests onboard the Cruise or CruiseTour and Passenger shall be prohibited from doing so.
b. Passengers are solely responsible to maintain in their possession all passports, visas and other travel documents required for embarkation, travel and disembarkation at all ports of call. Passengers assume full responsibility to determine through their travel agent or the appropriate government authority the necessary documents. Passenger agrees to provide to Carrier (at Carrier's reasonable request) any travel documents. Carrier shall return such travel documents to Passenger by no later than the end of the Cruise.
c. Passenger understands and agrees that Carrier has a zero tolerance policy for illegal activity and shall report such activity to the appropriate authorities.
d. Each adult Passenger undertakes and agrees to supervise at all times any accompanying minors to ensure compliance with the provisions of this Section 8.
e. Carrier may also change accommodations, alter or cancel any activities of, deny service of alcohol to, confine to a stateroom or quarantine, search the stateroom, property or baggage of any Passenger, change a Passenger's Land Tour, disembark or refuse to embark the Passenger and/or any Passenger responsible for any minor Passenger, or restrain any Passenger at any time, without liability, at the risk and expense of the Passenger, when in the sole opinion of Carrier or Captain the Passenger's conduct or presence, or that of any minor for whom the Passenger is responsible, is believed to present a possible danger, security risk or be detrimental to himself or the health, welfare, comfort or enjoyment of others, or is in violation of any provision of this Agreement.
f. Passenger, or if a minor, his parent or guardian, shall be liable for and indemnify Carrier, the Vessel and the Transport from any civil liability, fines, penalties, costs or expenses incurred by or imposed on the Vessel, the Transport or Carrier arising from or related to Passenger's conduct or failure to comply with any provisions of this Section 8, including but not limited to: (i) any purchases by or credit extended to the Passenger; (ii) requirements relating to immigration, customs or excise; or (iii) any personal injury, death or damage to persons or property caused directly or indirectly, in whole or in part, by any willful or negligent act or omission on the part of the Passenger.
g. Carrier shall not be required to refund any portion of the Cruise or CruiseTour Fare paid by any Passenger who fails for any reason to be onboard the Vessel or Transport by the embarkation cut-off time applicable to the specific Cruise or CruiseTour or the boarding cut-off time applicable at any port of call or destination or point of departure as the case may be, and shall not be responsible for lodging, meals, transportation or other expenses incurred by Passenger as a result thereof. Embarkation cut-off times for cruises are available at www.RoyalCaribbean.com. Boarding cut-off times for any port of call or destination or point of departure are as announced on the applicable Cruise or Cruise Tour. Carrier shall have no obligation to any Passenger to deviate from any scheduled sailing or port of call or destination.
h. Passenger acknowledges that for certain voyages, such as a round-trip voyage commencing in a United States port, the Passenger must complete the entire voyage and that failure to do so may result in a fine or other penalty being assessed by Carrier or by one or more governmental agencies. Passenger hereby agrees to pay any such fine or penalty imposed because Passenger failed to complete the entire voyage and to reimburse Carrier in the event it pays such fine or penalty.
i. Carrier may refuse to transport any Passenger, and may remove any Passenger from the Vessel or Transport at any time, for any of the following reasons: (i) whenever such action is necessary to comply with any government regulations, directives or instructions; (ii) when a Passenger refuses to permit search of his person or property for explosives, weapons, dangerous materials or other stolen, illegal or prohibited items; (iii) when a Passenger refuses upon request to produce positive identification; or (iv) for failure to comply with Carrier's rules and procedures, including, for example, Carrier's Guest Conduct Policy or Carrier's policies against fraternization with crew; or (v) Guest's passage is denied by Carrier pursuant to its Refusal to Transport policy. Carrier's Guest Conduct Policy and Refusal to Transport policy are available online at http://www.royalcaribbean.com/content/en_US/pdf/Guest_Conduct_Policy.pdf and http://www.royalcaribbean.com/content/en_US/pdf/Refusal_To_Transport.pdf.
j. In the interests of safety and security, Passengers and their baggage are subject to inspection or monitoring electronically with or without the Passenger's consent or knowledge.
k. If Carrier exercises its rights under this Section 8, Passenger shall have no claim against Carrier whatsoever and Carrier shall have no liability for refund, compensation loss or damages of Passenger, including but not limited to any expenses incurred by Passenger for accommodations or repatriation.

**9. FORUM SELECTION CLAUSE FOR ALL LAWSUITS; CLASS ACTION WAIVER:**
a. EXCEPT AS PROVIDED IN SECTION 10 (b) WITH REGARD TO CLAIMS OTHER THAN FOR PERSONAL INJURY, ILLNESS OR DEATH OF A PASSENGER , IT IS AGREED BY AND BETWEEN PASSENGER AND CARRIER THAT ALL DISPUTES AND MATTERS WHATSOEVER ARISING UNDER, IN CONNECTION WITH OR INCIDENT TO THIS AGREEMENT, PASSENGER'S CRUISE, CRUISETOUR, LAND TOUR OR TRANSPORT, SHALL BE LITIGATED, IF AT ALL, IN AND BEFORE THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA LOCATED IN MIAMI-DADE COUNTY, FLORIDA, U.S.A., (OR AS TO THOSE LAWSUITS TO WHICH THE FEDERAL COURTS OF THE UNITED STATES LACK SUBJECT MATTER JURISDICTION, BEFORE A COURT LOCATED IN MIAMI-DADE COUNTY, FLORIDA, U.S.A.) TO THE EXCLUSION OF THE COURTS OF ANY OTHER STATE, TERRITORY OR COUNTRY. PASSENGER HEREBY CONSENTS TO JURISDICTION AND WAIVES ANY VENUE OR OTHER OBJECTION THAT HE MAY HAVE TO ANY SUCH ACTION OR PROCEEDING BEING BROUGHT IN THE APPLICABLE COURT LOCATED IN MIAMI-DADE COUNTY, FLORIDA.
b. CLASS ACTION RELIEF WAIVER. PASSENGER HEREBY AGREES THAT EXCEPT AS PROVIDED IN THE LAST SENTENCE OF THIS PARAGRAPH, PASSENGER MAY BRING CLAIMS AGAINST CARRIER ONLY IN PASSENGER'S INDIVIDUAL CAPACITY. EVEN IF THE APPLICABLE LAW PROVIDES OTHERWISE, PASSENGER AGREES THAT ANY ARBITRATION OR LAWSUIT AGAINST CARRIER, VESSEL OR TRANSPORT WHATSOEVER SHALL BE LITIGATED BY PASSENGER INDIVIDUALLY AND NOT AS A MEMBER OF ANY CLASS OR AS PART OF A CLASS OR REPRESENTATIVE ACTION, AND PASSENGER EXPRESSLY AGREES TO WAIVE ANY LAW ENTITLING PASSENGER TO PARTICIPATE IN A CLASS ACTION. IF YOUR CLAIM IS SUBJECT TO ARBITRATION AS PROVIDED IN SECTION 10 BELOW, THE ARBITRATOR SHALL HAVE NO AUTHORITY TO ARBITRATE CLAIMS ON A CLASS ACTION BASIS. YOU AGREE THAT THIS SECTION SHALL NOT BE SEVERABLE UNDER ANY CIRCUMSTANCES FROM THE ARBITRATION CLAUSE SET FORTH IN SECTION 10.b BELOW, AND IF FOR ANY REASON THIS CLASS ACTION WAIVER IS UNENFORCEABLE AS TO ANY PARTICULAR CLAIM, THEN AND ONLY THEN SUCH CLAIM SHALL NOT BE SUBJECT TO ARBITRATION.

**10. NOTICE OF CLAIMS AND COMMENCEMENT OF SUIT OR ARBITRATION; SECURITY:**
a. TIME LIMITS FOR PERSONAL INJURY/ILLNESS/DEATH CLAIMS: NO SUIT SHALL BE MAINTAINABLE AGAINST CARRIER, THE VESSEL OR THE TRANSPORT FOR PERSONAL INJURY, ILLNESS OR DEATH OF ANY PASSENGER UNLESS WRITTEN NOTICE OF THE CLAIM, WITH FULL PARTICULARS, SHALL BE DELIVERED TO CARRIER AT THE FOLLOWING ADDRESS, C/O ROYAL CARIBBEAN CRUISES LTD., 1050 CARIBBEAN WAY, MIAMI, FL 33132, WITHIN SIX (6) MONTHS FROM THE DATE OF THE INJURY, ILLNESS OR DEATH AND SUIT IS COMMENCED (FILED) WITHIN ONE (1) YEAR FROM THE DATE OF SUCH INJURY, ILLNESS OR DEATH AND PROCESS SERVED WITHIN 120 DAYS AFTER FILING, NOTWITHSTANDING ANY PROVISION OF LAW OF ANY STATE OR COUNTRY TO THE CONTRARY.
b. ARBITRATION OF ALL OTHER CLAIMS: ANY AND ALL OTHER DISPUTES, CLAIMS, OR CONTROVERSIES WHATSOEVER, EXCEPT FOR PERSONAL INJURY, ILLNESS OR DEATH OF A PASSENGER WHETHER BASED ON CONTRACT, TORT, STATUTORY, CONSTITUTIONAL OR OTHER LEGAL RIGHTS, INCLUDING BUT NOT LIMITED TO ALLEGED VIOLATION OF CIVIL RIGHTS, DISCRIMINATION, CONSUMER OR PRIVACY LAWS, OR FOR ANY LOSSES, DAMAGES OR EXPENSES, RELATING TO OR IN ANY WAY ARISING OUT OF OR CONNECTED WITH THIS CONTRACT OR PASSENGER'S CRUISE, NO MATTER HOW DESCRIBED, PLEADED OR STYLED, SHALL BE REFERRED TO AND RESOLVED EXCLUSIVELY BY BINDING ARBITRATION PURSUANT TO THE UNITED NATIONS CONVENTION ON THE RECOGNITION AND ENFORCEMENT OF FOREIGN ARBITRAL AWARDS (NEW YORK 1958), 21 U.S.T. 2517, 330 U.N.T.S. 3, 1970 U.S.T. LEXIS 115, 9 U.S.C. §§ 202-208 ("THE CONVENTION") AND THE FEDERAL ARBITRATION ACT, 9 U.S.C. §§ 1, ET SEQ., ("FAA") SOLELY IN MIAMI, FLORIDA, U.S.A. TO THE EXCLUSION OF ANY OTHER FORUM. THE ARBITRATION SHALL BE ADMINISTERED BY NATIONAL ARBITRATION AND MEDIATION ("NAM") UNDER ITS COMPREHENSIVE DISPUTE RESOLUTION RULES AND PROCEDURES AND NAM'S FEE SCHEDULE IN EFFECT AT THE TIME OF THE PROCEDURE, EACH OF WHICH ARE DEEMED TO BE INCORPORATED HEREIN BY REFERENCE. ANY QUESTION ABOUT THE ARBITRATION ADMINISTRATORS MENTIONED ABOVE MAY BE DIRECTED TO THEM AS FOLLOWS: NATIONAL ARBITRATION AND MEDIATION, INC., 990 STEWART AVE, 1ST FL., GARDEN CITY, NY 11530, PHONE: (800) 358-2550 EXT. 128.. NEITHER PARTY WILL HAVE THE RIGHT TO A JURY TRIAL NOR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED IN THE APPLICABLE ARBITRATION RULES AND HEREIN, OR OTHERWISE TO LITIGATE THE CLAIM IN ANY COURT. THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. OTHER RIGHTS THAT PASSENGER OR CARRIER WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE IN ARBITRATION. AN AWARD RENDERED BY AN ARBITRATOR MAY BE ENTERED IN ANY COURT HAVING JURISDICTION UNDER THE CONVENTION OR FAA. PASSENGER AND CARRIER FURTHER AGREE TO PERMIT THE TAKING OF A DEPOSITION UNDER OATH OF THE PASSENGER ASSERTING THE CLAIM, OR FOR WHOSE BENEFIT THE CLAIM IS ASSERTED, IN ANY SUCH ARBITRATION. THE ARBITRATOR AND NOT ANY FEDERAL, STATE OR LOCAL COURT OR AGENCY, SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY DISPUTE RELATING TO THE INTERPRETATION, APPLICABILITY,

ENFORCEABILITY OR FORMATION OF THIS AGREEMENT INCLUDING, BUT NOT LIMITED TO ANY CLAIM THAT ALL OR ANY PART OF THIS AGREEMENT IS VOID OR VOIDABLE. IN THE EVENT THIS PROVISION IS DEEMED UNENFORCEABLE BY AN ARBITRATOR OR COURT OF COMPETENT JURISDICTION FOR ANY REASON, THEN AND ONLY THEN THE PROVISIONS OF SECTION 9 ABOVE GOVERNING VENUE AND JURISDICTION SHALL EXCLUSIVELY APPLY TO ANY LAWSUIT INVOLVING CLAIMS DESCRIBED IN THIS SECTION 10(b).
c. TIME LIMITS FOR NON-INJURY/ILLNESS OR DEATH CLAIMS: NO PROCEEDING DESCRIBED IN SECTION 10(b) MAY BE BROUGHT AGAINST CARRIER, VESSEL OR TRANSPORT UNLESS WRITTEN NOTICE OF THE CLAIM, WITH FULL PARTICULARS, SHALL BE DELIVERED TO CARRIER AT THE FOLLOWING ADDRESS, C/O ROYAL CARIBBEAN CRUISES LTD., 1050 CARIBBEAN WAY, MIAMI, FL 33132, WITHIN THIRTY (30) DAYS AFTER TERMINATION OF THE CRUISE OR CRUISETOUR (WHICHEVER IS LATER) TO WHICH THIS TICKET CONTRACT RELATES. IN NO EVENT SHALL ANY SUCH PROCEEDING DESCRIBED IN SECTION 10(b) BE MAINTAINABLE UNLESS SUCH PROCEEDING SHALL BE COMMENCED (FILED) WITHIN SIX (6) MONTHS AFTER THE TERMINATION OF THE CRUISE OR CRUISETOUR (WHICHEVER IS LATER) TO WHICH THIS TICKET CONTRACT RELATES AND VALID NOTICE OR SERVICE OF SUCH PROCEEDING IS EFFECTED WITHIN SIXTY (60) DAYS AFTER FILING, NOTWITHSTANDING ANY PROVISION OF LAW OF ANY STATE OR COUNTRY TO THE CONTRARY.
d. IN THE EVENT OF AN IN REM PROCEEDING AGAINST THE VESSEL, PASSENGER HEREBY IRREVOCABLY AGREES THAT THE POSTING OF A LETTER OF UNDERTAKING FROM ANY OF CARRIER'S INSURERS SHALL CONSTITUTE AN ADEQUATE AND APPROPRIATE FORM OF SECURITY FOR THE IMMEDIATE RELEASE OF THE VESSEL IN LIEU OF ARREST.


**11. LIMITATIONS OF LIABILITY:**
a. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN ARTICLE 6 (e), CARRIER SHALL NOT BE LIABLE FOR INJURY, DEATH, ILLNESS, DAMAGE, DELAY OR OTHER LOSS TO PERSON OR PROPERTY, OR ANY OTHER CLAIM BY ANY PASSENGER CAUSED BY ACT OF GOD, WAR, TERRORISM, CIVIL COMMOTION, LABOR TROUBLE, GOVERNMENT INTERFERENCE, PERILS OF THE SEA, FIRE, THEFTS OR ANY OTHER CAUSE BEYOND CARRIER'S REASONABLE CONTROL, OR ANY ACT NOT SHOWN TO BE CAUSED BY CARRIER'S NEGLIGENCE.
b. PASSENGER AGREES TO SOLELY ASSUME THE RISK OF INJURY, DEATH, ILLNESS OR OTHER LOSS, AND CARRIER IS NOT RESPONSIBLE FOR PASSENGER'S USE OF ANY ATHLETIC OR RECREATIONAL EQUIPMENT; OR FOR THE NEGLIGENCE OR WRONGDOING OF ANY INDEPENDENT CONTRACTORS, INCLUDING BUT NOT LIMITED TO PHOTOGRAPHERS, SPA PERSONNEL OR ENTERTAINERS; OR FOR EVENTS TAKING PLACE OFF THE CARRIER'S VESSELS, LAUNCHES OR TRANSPORTS, OR AS PART OF ANY SHORE EXCURSION, TOUR OR ACTIVITY.
c. CARRIER HEREBY DISCLAIMS ALL LIABILITY TO THE PASSENGER FOR DAMAGES FOR EMOTIONAL DISTRESS, MENTAL SUFFERING OR PSYCHOLOGICAL INJURY OF ANY KIND UNDER ANY CIRCUMSTANCES, WHEN SUCH DAMAGES WERE NEITHER THE RESULT OF A PHYSICAL INJURY TO THE PASSENGER, NOR THE RESULT OF PASSENGER HAVING BEEN AT ACTUAL RISK OF PHYSICAL INJURY, NOR WERE INTENTIONALLY INFLICTED BY THE CARRIER. WITHOUT LIMITING THE PRECEDING SENTENCE, IN NO EVENT WILL CARRIER BE LIABLE TO PASSENGER FOR ANY CONSEQUENTIAL, INCIDENTAL, EXEMPLARY OR PUNITIVE DAMAGES.
d. ON CRUISES WHICH DO NOT EMBARK, DISEMBARK OR CALL AT ANY UNITED STATES PORT AND DO NOT EMBARK OR DISEMBARK AT ANY EUROPEAN UNION MEMBER STATE PORT, CARRIER SHALL BE ENTITLED TO ANY AND ALL LIABILITY LIMITATIONS, IMMUNITIES AND RIGHTS APPLICABLE TO IT UNDER THE "ATHENS CONVENTION RELATING TO THE CARRIAGE OF PASSENGERS AND THEIR LUGGAGE BY SEA" OF 1974, AS WELL AS THE "PROTOCOL TO THE ATHENS CONVENTION RELATING TO THE CARRIAGE OF PASSENGERS AND THEIR LUGGAGE BY SEA" OF 1976 ("ATHENS CONVENTION"). THE ATHENS CONVENTION LIMITS THE CARRIER'S LIABILITY FOR DEATH OR PERSONAL INJURY TO A PASSENGER TO NO MORE THAN 46,666 SPECIAL DRAWING RIGHTS AS DEFINED THEREIN (APPROXIMATELY U.S. $64,000 AS OF FEBRUARY 26, 2016, WHICH AMOUNT FLUCTUATES, DEPENDING ON DAILY EXCHANGE RATE AS PRINTED IN THE WALL STREET JOURNAL). IN ADDITION, AND ON ALL OTHER CRUISES, ALL THE EXEMPTIONS FROM AND LIMITATIONS OF LIABILITY PROVIDED IN OR AUTHORIZED BY THE LAWS OF THE UNITED STATES (INCLUDING TITLE 46, UNITED STATES CODE SECTIONS 30501 THROUGH 30509 AND 30511) WILL APPLY.
e. ON CRUISES WHICH ARE BOOKED BY A PASSENGER IN A EUROPEAN UNION MEMBER STATE, OR WHICH EMBARK OR DISEMBARK IN A PORT LOCATED IN A EUROPEAN UNION MEMBER STATE, THE CARRIER SHALL BE ENTITLED TO THE BENEFIT OF ANY AND ALL RESTRICTIONS, EXEMPTIONS, IMMUNITIES, AND LIMITATIONS OF LIABILITY SET FORTH IN EUROPEAN UNION REGULATION 392/2009 ON THE LIABILITY OF CARRIERS TO PASSENGERS IN THE EVENT OF ACCIDENTS ("EU 392/2009 LIMITS CARRIER'S LIABILITY AS FOLLOWS:
i. FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A "SHIPPING INCIDENT", CARRIER'S LIABILITY IS LIMITED TO 250,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $345,000) IF THE SHIPPING INCIDENT OCCURRED WITHOUT CARRIER'S FAULT OR NEGLECT; OTHERWISE CARRIER'S LIABILITY FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A SHIPPING INCIDENT IS LIMITED TO 400,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $553,000.)
ii. FOR DEATH OR PERSONAL INJURY OF A PASSENGER CAUSED BY A NON "SHIPPING INCIDENT", CARRIER'S LIABILITY IS LIMITED TO 400,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $553,000), ASSUMING THAT THE PASSENGER PROVES THAT THE INCIDENT WAS THE RESULT OF CARRIER'S FAULT OR NEGLECT;
iii. FOR LOSS OR DAMAGE TO A PASSENGER'S CABIN LUGGAGE, THE CARRIER'S LIABILITY IS LIMITED TO 2250 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $3,111) PER PASSENGER; AND,
iv. THE CARRIER'S INSURANCE PROVIDER WILL NOT UNDER ANY CIRCUMSTANCES BE LIABLE FOR SUMS IN EXCESS OF 250,000 SDR (AS OF FEBRUARY 26, 2016 APPROXIMATELY US $345,000) IN RESPECT OF DEATH AND/OR PERSONAL INJURY. THERE ARE LIMITED CIRCUMSTANCES IN WHICH THE CARRIER'S INSURANCE PROVIDER IS NOT REQUIRED TO MAKE A PAYMENT.
v. THE VALUE OF THE SDR FLUCTUATES DEPENDING ON DAILY EXCHANGE RATES AS PRINTED IN THE WALL STREET JOURNAL.
vi. THE TERM "SHIPPING INCIDENT" IS DEFINED IN EU 392/2009 AS FOLLOWS: "SHIPPING INCIDENT" FOR THE PURPOSES OF THIS REGULATION INCLUDE: SHIPWRECK, CAPSIZING, COLLISION OR STRANDING OF THE SHIP, EXPLOSION OR FIRE IN THE SHIP OR DEFECT IN THE SHIP BUT DOES INCLUDING ACTS OF WAR, HOSTILITIES, CIVIL WAR, INSURRECTION, NATURAL DISASTERS OR INTENTIONAL ACTS OR OMISSIONS OF THIRD PARTIES..
vii. PUNITIVE DAMAGES ARE EXCLUDED BY EU 392/2009 FOR CRUISES COVERED BY THIS SECTION11.E.
viii. A copy of EU 392/2009 IS AVAILABLE AT www.eur-lex.europa.eu.
f. AS TO ALL OTHER CRUISES NOT DESCRIBED ABOVE IN SECTION 11.D or 11.E, ALL THE RESTRICTIONS, EXEMPTIONS FROM, AND LIMITATIONS OF LIABILITY PROVIDED IN, OR AUTHORIZED BY THE LAWS OF THE UNITED STATES SHALL APPLY, INCLUDING BUT NOT LIMITED TO, TITLE 46 OF THE UNITED STATES CODE §§ 30501 THROUGH 30509, AND 30511. EXCEPT AS OTHERWISE SET FORTH, THIS CONTRACT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE GENERAL MARITIME LAW OF THE UNITED STATES OF AMERICA.


**12. FITNESS TO TRAVEL; DENIAL OF BOARDING; MINORS:**
a. Passenger warrants that he and those traveling with him are fit for travel and that such travel will not endanger themselves or others.
b. Minors - Any Guest under the age of 18 shall be considered a minor and must travel with a parent or Legal Guardian or such other person as may be permitted by Carrier's policies.
c. Minimum Age. No Guest under the age of 21 will consume any alcoholic beverages while on board the Vessel or Transport except as may be permitted by Carrier's policy. No Guest under the age of twenty-one (21) will be booked in a stateroom unless accompanied by an adult twenty-one (21) years of age or older, except for minors sailing with their parents or guardians in adjacent staterooms, or for under-aged married couples (proof of marriage is required) or except as otherwise permitted by Carrier's policy. Carrier reserves the right to request proof of age at any time and Passenger's age on the date of sailing determines his or her status for the entire cruise vacation.
d. Pregnancy and Infants - Any Passenger who will enter the 24th week of pregnancy by the beginning of, or at any time during their cruise or CruiseTour agrees not to book the cruise or board the Vessel or Transport under any circumstances. No infants under a specific age (at least six (6) months for most cruises but twelve (12) months for other cruises) shall be booked on a cruise or CruiseTour, nor brought onboard the Vessel or Transport by any Passenger under any circumstances. The most current minimum age requirements are available online at www.RoyalCaribbean.com.
e. Special Needs. Any Passenger with mobility, communication or other impairments, or other special or medical needs that may require medical care or special accommodations during the cruise or CruiseTour, including but not limited to the use of any service animal, must notify the Carrier of any such condition at the time of booking. Passenger agrees to accept responsibility and reimburse Carrier for any loss, damage or expense whatsoever related to the presence of any service animal brought on board the Vessel or Transport. Passengers acknowledge and understand that certain international safety requirements, shipbuilding standards, and/or applicable regulations involving design, construction or operation of the Vessel may restrict access to facilities or activities for persons with mobility, communication or other impairments or special needs. Passengers requiring the use of a wheelchair must provide their own wheelchair (that must be of a size and type that can be accommodated on the Vessel) as wheelchairs carried on board are for emergency use only.
f. Carrier shall have the right to deny boarding for violations of any of the policies set forth in this Section 12. If Carrier exercises its rights under this Section 12, Passenger shall have no claim against Carrier whatsoever and Carrier shall have no liability for refund, compensation loss or damages of Passenger, including but not limited to any expenses incurred by Passenger for accommodations or repatriation.
g. Recreational water facilities. Our recreational water facilities do not have a lifeguard on duty. Children must be supervised by a parent or legal guardian at all times while in the pools, whirlpools and other recreational water feature areas.'


**13. USE OF PHOTOS, VIDEOS OR RECORDINGS:**
a. Guest hereby grants to Carrier (and its assignees and licensees) the exclusive right throughout the universe and in perpetuity to include photographic, video, audio and other visual or audio portrayals of Passenger taken during or in connection with the Cruise or CruiseTour (including any images, likenesses or voices) in any medium of any nature whatsoever (including the right to edit, combine with other materials or create any type of derivative thereof) for the purpose of trade, advertising, sales, publicity, promotional, training or otherwise, without compensation to the Guest. Such grant shall include the unrestricted right to copy, revise, distribute, display and sell photographs, images, films, tapes, drawings or recordings in any type of media (including but not limited to the Internet). Guest hereby agrees that all rights, title and interest therein (including all worldwide copyrights therein) shall be Carrier's sole property, free from any claims by Passenger or any person deriving any rights or interest from Passenger.

b. Guest hereby agrees that any recording (whether audio or video or otherwise) or photograph of Guest, other guests, crew or third parties onboard the Vessel or depicting the Vessel, its design, equipment or otherwise shall not be used for any commercial purpose, in any media broadcast or for any other nonprivate use without the express written consent of Operator. The Operator shall be entitled to take any reasonable measure to enforce this provision.

**14. YOUR TRAVEL AGENT:**
Passenger acknowledges and confirms that any travel agent utilized by Passenger in connection with the issuance of this Ticket Contract is, for all purposes, Passenger's agent and Carrier shall not be liable for any representation made by said travel agent. Passenger shall remain liable at all times to Carrier for the price of passage. Passenger understands and agrees that receipt of this Ticket Contract or any other information or notices by Passenger's travel agent shall be deemed receipt by the Passenger as of the date of receipt by the agent. Passenger acknowledges that Carrier is not responsible for the financial condition or integrity of any travel agent.

**15. SEVERABILITY:**
Any provision of this Agreement that is determined in any jurisdiction to be unenforceable for any reason shall be deemed severed from this Agreement in that jurisdiction only and all remaining provisions shall remain in full force and effect.

**16. TRANSFERS AND ASSIGNMENTS:**
This Ticket Contract may not be assigned, sold or otherwise transferred by the Passenger. Among other things, this means that the Passenger cannot sell or transfer this Ticket Contract to someone else, and Carrier shall not be liable to the Passenger or any other person in possession of a Ticket Contract for honoring or refunding such Ticket Contract when presented by such other person.  The Carrier may assign, convey or transfer its rights in this Agreement to any parent, subsidiary or affiliate of the Carrier who is scheduled to operate the Vessel at the time of the Cruise.

**17. RELATIONSHIP TO OTHER PURCHASES:**
To the extent permitted or required by law, this Agreement also covers Carrier's Royal Caribbean Travel Protection Program[SM] products, shore excursions, land and hotel packages.

**18. OPERATOR:**
Royal Caribbean Cruises Ltd. 1050 Caribbean Way, Miami, Florida 33132

**19. SUPPLEMENT CHARGES:**
Operator reserves the right to impose a supplemental charge relating to unanticipated occurrences including, but not limited to, increases in the price of fuel. Any such supplement charges may apply, at Operator's sole discretion, to both existing and new bookings (regardless of whether such bookings have been paid in full). Such supplements are not included in the Cruise or CruiseTour Fare.

10/17/2016 ROA030716